8:24CV152

AND COMPLAINT

# PLAINTIFF'S BRIEFING FOR DAMAGES AND JURY DEMAND

1. Notice: It is a fact that I, the agent for the principal EDDIE STARR and the affiant, am a consumer protected by federal law, a holder in due course, and an attorney in fact for all derivatives of my given name and surname. I have been appointed as the executor for all proceedings, both public and private, and I hereby assert that I will sign on behalf of my given name EDDIE STARR, as well as acting as the administrator and agent in fact.

2. Come now, EDDIE STARR plaintiff and affiant, by and through, Eddie Starr, pro se, sui juris, a living man, allege and state claims as follows:

## Introduction

1. The plaintiff's cause of action is brought before the Honorable Court for actual, statutory, and punitive damages, against Defendant Geoffrey C. Hall for violations of Plaintiff's Constitutional Rights, numerous violations of the USC, failure to follow judicial canon—including but not limited to maintaining impartiality—throughout the proceedings, to threaten the oppression of evidence regarding child abuse—in violation of The **Child Abuse Prevention and Treatment Act and Nebraska Revised Statute 28-707 (Nebraska Law About Child Abuse)**, and ignoring several filings and requests by plaintiff, including any possible conflicts of interest, and mandated reports of the suspicions of child abuse.

2. Note that any part(s) that are rendered unenforceable shall apply only to that part(s) of this complaint, with all other part(s) still in effect.

3. Note that The **Child Abuse Prevention and Treatment Act (CAPTA)** applies to **government or public officials and their staff as mandated reporters for suspicions of child abuse.** This has its basis in the Basic Obligation of Public Service, in the Foundation For Ethical Behavior Executive Order 12674:

*You shall disclose waste, fraud, **abuse**, and corruption to appropriate authorities.*

4. Nebraska Revised Statute 28-711 covers a report to be filed, and **"everyone is a mandatory reporter of child abuse or neglect."**

5. Evidence submitted at least show "suspicions of child abuse," which is sufficient for your report.

6. Your reports are requested to be sent to the Omaha's FBI Violent Crimes Against Children Program; The Nebraska Governor's Office; The Nebraska Judicial Review Board; The Nebraska Attorney General's Office; The DHHS Civil Rights Investigator; Dodge County Court House, Re: LaFleur vs Starr, and any other parties required by law.

**See section regarding Judgments, Orders, Decrees, and Any Matters Related by Hall are void**.

It is requested that the Nebraska US District Court reach out to the District Courts for Idaho, Montana, and Washington, for the areas listed after CAPTA and 28-711 Violations, section 6, to obtain these records, to substantiate Plaintiff's claims of abuse by the LaFleurs, and Hall's failures in the judicial process, violating my rights, and the rights of my sons. I also request this court to court order DHHS/CPS of Nebraska to release any and all reports filed against the LaFleurs, including my reports, from 2010 to the present.

## Jurisdiction and Venue

The jurisdiction of this court arises under Title 18 241 and 242, 42 USC 1983, Federal Rules of Civil Procedure, Rule 60, Title 28, U.S.C., § 1655, Title 18, section 4, and UCC.

## Parties

1. Plaintiff is a natural person residing in Dodge County, Nebraska.

2. Plaintiff resided in Dodge County, Nebraska, at majority of times relevant and all actions related to the Plaintiff stated herein took place in Dodge County, Nebraska.

3. Defendant Geoffrey C. Hall natural person residing in the Nebraska.

# General Factual Allegations

## Geoffrey C. Hall's "judgments," "decrees," and other actions are <u>void</u>.

### Void of Judgments, Orders, Decrees, and Any Matters Related

1. Courts of general, limited, or inferior jurisdiction have **no inherent judicial power**.

    a. Courts of general, limited, or inferior jurisdiction get their jurisdiction from one source and one source only: **SUFFICIENT PLEADINGS**.
    b. **Someone before the court must tell the court what its jurisdiction is**.
    c. Without pleadings sufficient to empower the court to act, that court cannot have judicial capacity.
    d. **No judge has the power to determine whether he has jurisdiction**. He does have the duty to tell when he does not.

2. What this means is that no court can declare that it has the legal power to hear or decide cases, i.e. jurisdiction. Jurisdiction must be proved and on the record. Without sufficient pleadings, without jurisdiction, no court can issue a judgment that isn't void *ab initio*, void from the beginning, void on its face, a nullity, without force and effect. On the March 2023 hearing, in response to my stating I was there sui juris, a living man, Hall left the court room, and upon his return, claimed "I have decided I have jurisdiction…" **without proving on the record**. I also state that **the petition is defective**, due to it not listing all of the locations the boys lived for the last 5 years; the nearly year in the Scribner dump. When I questioned Hall on this on the 10/11/2023 hearing, his response was "…that's in the past, we're moving forward…"

3. We have a common law system.
    a. No statute, no rule, or no law means what it says as it is written.
    b. Only the holding tells you what it means.
    c. The statute means what the highest court of competent jurisdiction has ruled and determined that the statute means in their most recent ruling.

4. What this means is that courts are governed/ruled by case law, what has been determined before, what the highest court of competent jurisdiction has said the law is, means. It is called the Doctrine of Precedent. This doctrine is so powerful that it can kill and has. This case was not governed/ruled by case law. Statements about following the USC, as but one example, such as willing omission of facts is a false statement and obstruction of justices, and signing and notarizing documents with false information is perjury, by LaFleur and Register, were ignored. This showed a complete disregard for the Doctrine of Precedent, numerous case laws, judicial canon, and a disregard for The Nebraska and United States Constitutions, and the highest courts' jurisdictions on what the laws are.

5. Attorneys CANNOT testify.
    a. Statements of counsel **in brief or in argument are never facts before the court**.

6. What this means no attorney can state a fact before the court. Repeatedly, Hall permitted Register to make testimonies in our hearings, of which he has no direct knowledge of, including on the October 2, 2023 hearing, of which **the court failed to notify me of**. As per the court's own documents: "**Neither party was present. Richard Register attorney for the Plaintiff was present.**" Thus, there was no "**appearance or testimony of a competent fact witness**," nor were there "**two parties with capacity to be there**;" this being the third time Dodge County Clerk of the Court failed to provide notice related to a court hearing, between November 2022 – January 2024. Furthermore, any and all statements by Register, from **any hearing, cannot be facts before the court**.

7. Before **any** determination, there must be a court of complete or competent jurisdiction.
    a. **There must be two parties with capacity to be there**.
    b. **There must be subject matter jurisdiction.**
    c. **Appearance or testimony of a competent fact witness.**

8. What this means is that without jurisdiction, **complete jurisdiction**, no court can issue a judgment that isn't void, a nullity, without force or effect, on its face and in fact. Citing above, the prime "testimony" was made by Register, LaFluer's attorney. There was little to no testimonies by Tamzi, the other party. The court's own records state that **neither party** was present for October 2, 2023. Likewise, no other witnesses were produced by LaFleur, and my discovery request for the CPS report, which would contain

248

the names and locations of neighbors, and thus competent fact witnesses, was denied, along with the CPS agent who made the report. Requests for reports and remote witness testimonies of hospitals, schools, cps, law enforcement, prosecutors, and other expert witnesses were completely ignored.

**Major reasons why subject matter jurisdiction is lost**

1. No petition in the record of the case, Brown v. VanKeuren, 340 Ill. 118,122 (1930).
2. Defective petition filed. Same case as above. *LaFleur's petition was to include all of the places Zack and Kenzo Starr had lived for the **last 5 years**. They left out 1126 County Rd B, Scribner, NE 68057, which covered from **July 2021 to July 2022**, thus making the petition defective. This was done, knowingly and willingly, providing a false statement via omission to the court, for the purpose of obstructing justice, and to hide the child neglect/abuse of the LaFleurs.*
3. **Fraud committed in the procurement of jurisdiction**, Fredman Brothers Furniture v. Dept. of Revenue, 109 Ill. 2d 202, 486 N.E. 2d 893(1985). *See above.*
4. Fraud upon the court, In re Village of Willowbrook, 37 Ill, App. 3d 393(1962). *Register commit "fraud upon the court," claiming no notice was given in regards to the requests. A response was provided with those documents being filed with the court, including the email to attempt to peacefully resolve the situation by producing a verifiable lease, or equivalent, to account for the time between the eviction of around July of 2021, until the CPS investigation of around May or June 2022; CPS did go to the location near 1126 County Rd B, Scribner, NE 68057, and interviewed Amaryah LaFleur, and at least one other neighbor.*
   a. It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function -- thus where the impartial functions of the court have been directly corrupted". Bulloch  v.  United States, 763 F.2d 1115, 1121 (10th Cir. 1985)
5. A judge **does not follow statutory procedure**, Armstrong v. Obucino, 300 Ill 140, 143 (1921).
   a. "When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."-Warnock  v.  Pecos County, Texas, 116 F.3d 776 No. 96-50869 Summary Calendar. July 3, 1997.
   b. "A judge is not the court." –People  v.  Zajic, 88 Ill. App. 3d 477, 410 N.E. 2d 626 (1980).
6. Unlawful activity of a judge, Code of Judicial Conduct.
   a. The judicial code of conduct of Nebraska (A.K.A. judicial canon):
      i. A judge shall uphold and promote the independence, integrity, and impartiality of the judiciary, and shall avoid impropriety and the appearance of impropriety.
      ii. A judge shall act at all times in a manner that promotes public confidence in the independence,* integrity,* and impartiality* of the judiciary, and shall avoid impropriety* and the appearance of impropriety.
      iii. A judge shall not abuse the prestige of judicial office to advance the personal or economic interests* of the judge or others, or allow others to do so.
      iv. A judge shall uphold and apply the law,* and shall perform all duties of judicial office fairly and impartially.*
7. Violation of due process, Johnson v. Zerbst, 304 U.S. 458, 58 S.Ct. 1019; Pure Oil Co. v. City of Northlake, 10 Ill.2d 241, 245, 140 N.E. 2d 289 (1956); Hallberg v Goldblatt Bros., 363 Ill 25 (1936); (8) If the court exceeded it's statutory authority. Rosenstiel v. Rosenstiel, 278 F. Supp. 794 (S.D.N.Y. 1967). *This would include failing to provide copies of the CPS report in Nebraska, and obtain the above records in Washington, Idaho, and Montana, requesting judges in the respective jurisdictions to court order such records.*
8. Where no justiciable issue is presented to the court through proper pleadings, Ligon v. Williams, 264 Ill. App 3d 701, 637 N.E. 2d 633 (1st Dist. 1994). *Above referenced pleadings are defective, due to omission of where Zack and Kenzo Starr lived for **about a year**, which is perjury, in violation of USC 18 U.S. Code § 1001, false statement via omission, and 18 USC Ch. 73: Obstruction of Justice.*
9. Where a summons was **not properly issued**. *The original filing was January 2023. However, I was never served this, and was not aware until I filed my emergency Ex Parte for Zack and Kenzo Starr in March 2023. The Clerk of the Court has all of my contact information, as they were able to mail me the letter dismissing the false protection order from December 2022, without problem.*

10. When proper notice is not given **to all parties** by the movant, Wilson v. Moore, 13 Ill. App. 3d 632, 301 N.E. 2d 39 (1st Dist. (1973). *See above*.

11. When the rules of the Circuit court are not complied with.

12. When the local rules of the special court are not complied with. (One Where the judge does not act impartially, Bracey v. Warden, U.S. Supreme Court No. 96-6133(June 9, 1997). *"If the Defendant fails to answer in proper form and deliver the same to the Plaintiff's attorney's office, the Court will bar the introduction of evidence by the Defendant on issues that were subject to the discovery." When **neither competent party** was at the 10/2/2023 hearing, the judge would bar evidence of **child abuse**, while permitting the Plaintiff to continue to ignore discovery requests.*

13. Where an order/judgment is based on a void order/judgment, Austin v. Smith, 312 F 2d 337, 343 (1962); English v. English, 72 Ill. App. 3d 736, 393 N.E. 2d 18 (1st Dist. 1979).

*14.* Does the judge have a copy of his oath of office on file in his chambers? *Requests for this, along with his and Register's mandated reports related to child abuse have been ignored, along with full audits of the bond(s) for the case, of which, there may be a conflict of interest, should Hall, the County of Dodge (or agents) make any money from the bond(s), directly or indirectly.*

    a. The laws covering judges and other public officials are to be found at 5 U.S.C. 3331, 28 U.S.C. 543 and 42 U.S.C. 1983 and if the judge has not complied with **all of those provisions** he is not a judge but a trespasser upon the court. If he is proven a trespasser upon the court (upon the law) not one of his judgments, pronouncements or orders are valid. All are null and void.

## Title 18, 241 & 242.

### First Amendment Violations.

1. In March of 2023, despite being shown evidence of child neglect in a dump, child abuse committed by Lester LaFleur from Plummer, Idaho, violating a protection order for Montanan, and that Tamzi and Amaryah left Zack and Kenzo Starr, along with Andrey and Viktoria LaFleur alone with Lester—and that they've not provided proof that the kids were living anywhere other than the Scribner dump--Hall awarded temporary custody to Tamzi, and ordered Eddie Starr to supervised visits from 12 PM – 4PM, in a "step increase" on Saturdays. The Judge was informed that Eddie Starr had church from 10 AM – 1PM, and requested that he change the order to accommodate my church attendances. Judge Hall flat out refused to accommodate my religious beliefs at that time, giving me the choice of my boys, or church, a clear violation of rights protected by the First Amendment.

2. The right to address grievances against the government or public officials is protected under the First Amendment's right to petition. My appeals was denied, because of not filing a briefing. My appeals was filed on November 2, 2023. It was not until January 12, 2024, that I was even informed that it was to be dismissed due to the lack of briefing, by the District Court, not the Appeals Court. I was told I had 10 days.

3. On December 5, 2023, I faxed to the Appeals Court a briefing of why I was seeking the appeals. I emailed a copy of that to the Clerk of the court. I also mailed a copy of it, certified and return receipt to Ms. Wegner, Dodge County Clerk of the Court. It arrived in their office on January 19, 2024...it sat in their office for a week, when they dismissed it. They never provided the return receipt, and when I demanded it be filed, they have ignored it, resulting in dismissal, denying me the process to address grievances via appeals.

### CAPTA and 28-711 Violations

Multiple requests have been sent via email and to the office of district court for copies of reports that Geoffrey Hall and Richard Register should have filed, when being made aware of the suspicion of child abuse. All requests have been ignored. Reports do not need to be filed based on proof, but on "reasonable" suspicions.

### Violations of 5th, 6th, 8th, 9th

1. Additionally, Rights protected by due process, Unenumerated Rights, and a fair trial were denied. It should be considered cruel and unusual to punish a father who reports child abuse, and has no criminal history of child abuse, to pay "child support" to abusers who repeatedly retaliated after being turned into CPS for staying in a dump, with a history across 4 states, dating back to 2009, resulting in the death of 1 child, numerous reports with CPS and law enforcement, and leaving kids alone with a known mentally unstable child abuser and child beater.

4:8

2. I requested Hall to court order—which he could do through PACER, or for him (or his clerk, Lori) to reach out to the judges or clerks of the court in the counties in my Discovery--and Hall tried to say "I can't order other states to comply." He can request other judges to court order. You cannot tell me that in the entire history of the United States of America that no judge has requested a judge in another jurisdiction to court order records for their case, in cases involving child abuse, or otherwise.

3. Hall wouldn't even court order a copy of the CPS report in Nebraska—which would confirm the neglect of Tamzi, Amarayah, and Lester LaFleur of Zack & Kenzo Starr, as well as Andrey and Viktoria LaFleur. They had relayed to CPS that they were there due to Covid Hardships, yet affidavits state that no children were in that location in Scribner, Nebraska. Between the eviction notice supplied, along with the receipt of getting our travel trailer towed from the area, shows this as false. The prior management stated they were evicted due to their junker lifestyle, their big dog biting at least 3 people, and numerous police reports and visits. Furthermore, the CPS report has interviews with neighbors—third party witnesses—with their contact information to be subpoenaed, but could not be done, due to Hall's refusal.

**This is the email I sent to Register, for discovery:**

*Informational Request*
*Jun 28, 2023, 9:49 AM*
*Eddie Starr eddie.starr@mailfence.com*
*To: Register Law reglaw425@gmail.com*

*As the LaFleurs insist there is no child abuse-negligence, and I do, the simplest way to resolve this is for Tamzi to provide you—if she hasn't already—a signed lease (or equivalent) that can be independently verified, that she has signed, showing that Tamzi, Zack Starr, and Kenzo Starr were not living in the lot (dump) I've referenced in my evidence, from June/July 2021 to May/June of 2022.*

*As per my evidence of our eviction in June of 2021, we had to move from the Peaceful Acres Park address, 4924 County Rd. 24 lot #5, Fremont, NE 68025, by July of 2021. Also, as per the receipt to move the travel trailer, this shows that we were at the lot, located around 1126 CO RD B, Scibner, NE 68057, as of October 2021.*

*There is about a 1 year gap from June/July 2021 to May/June of 2022, in her filing for **where the boys have resided over the last 5 years**. I filed my first CPS report about April/May 2022. My current knowledge is that her lease for 2469 Buckingham Rd. Apt G-2, Fremont NE 68025, did not start until sometime between June – August of 2022.*

*Also, I would appreciate copies of the CPS reports from the time frame around May/June 2022 and December 2022/January 2023.*

*In conclusion, I'm requesting a signed lease (or equivalent) that can be independently verified, to account for the omitted year, and the CPS reports.*

*If this matter, or others related to the case--**particularly regarding the safety and well-being of Zack and Kenzo Starr--needs to be discussed in person**, as opposed to email, feel free to let me know when, and I'll adjust my schedule to so that we can personally address them.*

*Sincerely,*

*Eddie Starr, United States Navy Veteran, Operation Enduring Freedom*

*509-265-7401*

*Re: Informational Request*

*Jun 28, 2023, 11:57*

*Register Law reglaw425@gmail.com*

*To: Eddie Starr eddie.starr@mailfence.com*

**We will not be responding to this email.**

*Your answers to the discovery we sent to you yesterday are due in 30 days.*

*I look forward to your timely responses.*

*Richard*

4. Due to his refusal to provide discovery, I sent in a motion to compel, requesting both a lease or equivalent, to prove the neglect didn't happen, and the CPS report. The clerk of the court told me the hearing would be on 10/11/2023, when our next hearing was supposed to be. However, on 10/3/2023, I was given a notice that it happened on 10/2/2023! Further, Hall was going to retroactively omit (bar) my evidence, including that of child abuse and neglect, if I didn't comply with Register's discovery, while ignoring my discovery.

5. These are where I wanted the records, to substantiate my claims of child abuse, and with Amaryah and Tamzi not only leaving minors alone with the child beater, but repeatedly denying that there was any abuse or neglect, to protect themselves at the expense of the minors, show that their priorities are not the children. This, in turn, questions Hall's capabilities to render judgments, orders, decrees, and related, as well as Register's prime duties to the court in the administration of justice, which take priority over duties to clients.

| | | | |
|---|---|---|---|
| META INC.<br>1601 Willow Rd.<br>Menlo Park, CA,<br>94025-1452<br>United States | Boundary<br>Community Hospital<br>6640 Kaniksu St,<br>Bonners Ferry, ID<br>83805. 208-267-<br>3141; 208-267-3655 | Bonner General<br>Health<br>520 North Third<br>Ave Sandpoint, ID<br>83864. 208 263<br>1441 | Spokane School<br>District<br>200 N Bernard St,<br>Spokane, WA 99201.<br>509.354.5900 |
| Plummer-Worley<br>Joint School District<br>#44<br>1255 E St - P.O. Box<br>130<br>Plummer, ID 83851.<br>208-686-1621 | Prosecuting Attorney<br>for Spokane<br>1100 W Mallon<br>Spokane, WA 99260.<br>509-477-3662 | Spokane Police<br>Department<br>1100 W Mallon<br>Ave, Unit 200,<br>Spokane, WA<br>99260.<br>509.755.2489 | Sheriff's Office<br>1100 W Mallon Avenue<br>Spokane, WA 99260.<br>509-477-2240 |
| Police Department<br>Plummer City Hall<br>880 C Street<br>P.O. Box B<br>Plummer, ID 83851<br>(208) 686-1641 | Benewah County<br>Sheriff<br>701 W College Ave,<br>Suite 301<br>St Maries, ID 83861<br>208-245-2555 | Douglas County<br>DHHS Office<br>Attn: CPS Records<br>1313 Farnam St.<br>Omaha, NE –<br>68102<br>(402) 471-9272 | Dodge County DHHS<br>Office<br>Attn: CPS Records<br>1959 E Military Ave<br>Fremont, NE – 68025 |
| CPS Kootenai<br>County | Shoshone County<br>Courthouse | Spokane DCYF<br>Office | Prosecuting Attorney<br>Kootenai County |

| | | | |
|---|---|---|---|
| 1120 Ironwood Drive<br>Coeur d'Alene ID<br>83814<br>208-769-1515 | Attn: Children and<br>Families records<br>700 Bank Street<br>Wallace, ID 83873<br>(208) 752-1266 | 4202 S Regal St<br>Spokane, WA<br>99223<br>(509) 789-3820 | 501 Government Way<br>Coeur d'Alene, ID<br>83814. 208-446-1800 |
| Prosecuting Attorney<br>Benewah County<br>701 W College Ave,<br>Suite 201<br>St Maries, ID 83861<br>Phone (208) 245-3241 | Lincoln County<br>Attorney<br>Lincoln County<br>Courthouse<br>512 California<br>Avenue, Libby, MT<br>59923. 406-**283-2342** | Lincoln County<br>Sheriff's Office<br>512 California Ave.<br>Libby, MT 59923<br>**406-293-4112** | Child and Family<br>Services Northwestern<br>Region VI<br>121 Financial Dr. Ste.<br>C Kalispell, MT 59901<br>(406) 300-7418 |

**6.** These schools, law enforcement, hospitals, CPS, and prosecutors all have records of the LaFluers. At least one of the hospitals saw Halona LaFluer, when her mom, Amarayh, and I, took her in, within 24 hours of the enclosed Facebook conversation between Halona and Jen, Halona's mom's mom, about how Lester beat and bruised her. The other hospital, I believe, was for a follow up. All of these records, I cannot get, because minors are involved, and they need a court order. Lester LaFleur is a violent and dangerous man; Amarayh states she has medical records showing he's mentally unstable, and Tamzi has stated that "…he's not respectful of minors…and needs someone to check on him, daily." See respective letters. Yet they both chose to leave him alone with 4 minors, for months, or years.

## Summary, Relief, and/or Remedy

1. "When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." -Warnock v. Pecos County, Texas, 116 F.3d 776. No. 96-50869 Summary Calendar. July 3, 1997.
2. An injury in fact (corpus delicti) due to the alleged conduct of the undersigned Attorney in Fact for the Plaintiff has not been introduced into the record; therefore, there is no claim upon which relief can be granted, and the court is without subject matter jurisdiction in order to properly adjudicate a justiciable controversy.
   a. FEDERAL RULES OF CIVIL PROCEDURE (F.R.C.P.), Rule 2: "There is one form of action – the civil action."
3. As shown above, all of Hall's Judgments, Orders, Decrees, and Any Matters Related are void and null. This includes:
   a. "Child Support," Title 4D. Via 42 USC 1301d…if a parent objects to the welfare, and is willing to directly support the kids, they can take over (support of the child, and custody).
      i. There is NO jurisdiction for 4d in private domestic relationships. This means welfare that child support is meant to be, is not "automatic," based solely on divorce.
      ii. It applies to "non-welfare" kids, those at risk for going on welfare. It does NOT include every child.
      iii. As a District Judge, for as many years as Hall has been, he should be aware of this, and at best, is clear negligence of his office.
      iv. 45 CFR 303.2. A determination of need is required.
      v. Instead of working with me, Tamzi, along with Amarayh and Lester, kept my boys in the dump, for a year, for the purpose of falsely claiming they were abandoned, and to collect food stamps and other benefits, and to falsely justify child support, when evidence showed I was in contact with Tamzi and Amarayh.
      vi. I left Tamzi with 2 credit cards, a Discover and Capital One, as I made her an authorized user, as she had no established credit. She was unable to understand their

usage, which is not my fault, since she refused to leave the dump, to come leave the dump with me, so that I could help my wife with this, and other matters.

    vii. At the "protection order hearing," Tamzi was unable to provide any evidence that I had abandoned my sons and her, and that I was abusive. This resulted in Lester LaFleur telling her she "fucked up," and for them to file for divorce.

    viii. Kenneth W. Starr, US Solicitor General: "...tile 4-d was designed by Congress to save funds by recovering assigned support payments from absent parents of children in families receiving AFDC benefits...this plan would be undermined if...title 4d became an entitlement program...

  b. All physical, legal, and any other custody of Zack and Kenzo Starr. This includes where they live.

    i. As such, I have the rights to take my sons into my own custody, at any juncture, unhindered and without restrictions.

    ii. I am not restricted on where, when, or how I may have the custody, and that I am not restricted to Dodge County, or anywhere else in Nebraska, the United States, or globally. It is to be as before the void orders, decrees, judgments, etc., were made.

4. Financial damages paid out by Geoffrey Hall of $100M. **Or** 30% of his gross annual income—determined annually by a forensic accounting audit at Hall's expense—until Kenzo Starr is 19. Should Hall die before Kenzo Starr is 19, his estate and any assets shall be liquidated, with 30% of that awarded to Eddie Starr in the care of Zack and Kenzo Starr. Hall needs also to be subject to a gag order by the court, for the length of its determination.

  a. Any other damages the court determines appropriate for obstructing justice in matters of child abuse, and leaving in the care of child abusers, including those whose negligence left minors alone with a repeat child beater.

  b. Permanent protection order against Lester LaFleur. As a repeat child beater, liar to authorities, lifestyle junker, and medically "mentally unstable," Lester has no business ever to be near them.

  c. Permanent protection order against Amaryah LaFleur. In her own words, she admitted to knowing Lester is mentally unstable; has cited him and his family as being abusive to her and her kids; is aware that he has beat on their kids, and yet, lied to CPS as to why they were in a dump; lied in her affidavit, to hide their roles in child neglect; and left my sons and other minors alone with a repeat child beater in a literal dump. As such, Amaryah has no need to ever be around Zack and Kenzo Starr.

  d. Order restricting Tamzi LaFleur to not be alone with Zack and Kenzo Starr, due to her lying by omission that my sons were in a dump for a year, to hide the neglect she and her folks had committed; the false claims that I had been abusive to her and my sons; admitting her dad had her lift things she couldn't handle—like the engine block, where, if dropped, would have crushed her—and that he needs someone to check on him daily, yet chose to stay in the dump for a year, and to leave my sons alone with someone she knows to be a child beater; hiding the neglect and abuse, at the expense of our sons. She also needs to be court ordered into family counseling, to discuss the abuse her family has put her, our sons, and me through, throughout our relationship, and the lives of our sons. The order may be modified, should the counselor(s) recommend that she can make decisions independently, without the influence of her family of abusers and enablers of the abuse.

# Addendum To Briefing

**All of these, Hall had, on the March 2023 hearing. These, including the evidence of a "suspicion of child abuse," he was going to bar/omit. The court may wish to request respective courts in those jurisdictions to order official/certified copies of related reports.**

1. Exhibit A is the Scribner Location that Lester, Amaryah, and Tamzi LaFleur kept Zack and Kenzo Starr, and Andrey and Viktoria LaFleur, from about July 2021 – July 2022. Sometime between April and June of 2022, CPS went out to this location. This report is required, along with an independently verifiable lease or equivalent, covering the above year.

2. Exhibit B show the history of neglect by the LaFleurs, which led to Gerrin LaFleur's death. This also shows their history of lying to authorities, to hid child abuse/neglect committed by Lester LaFleur. Lester claimed the boy fell from atop a parked truck. Evidence indicates the truck was moving, and there were boot marks on top of the driver's side rear bumper.

3. Exhibit C is the dump from Washington state, where Gerrin died. The LaFleurs claim the location wasn't like that, in 2009. I was in Florida, at that time, so have no first-hand knowledge of how the property was, at that time. That information would possibly be in the police reports. The url has a full video of about 8 minutes, showing how badly the location was, where the LaFleurs would spend multiple days, over the course of years, at the location, with minors.

4. Exhibit D, continues Lester's history of "Resisting or Obstructing Officers," and "False Information Provided to an Officer, Government Agencies, or Specified Professionals."

5. Exhibit E: Nuisance Violation, Prohibited animals, continuation history of LaFleurs child neglect, having questionable living conditions for minors.

6. Exhibit F: This is the inside of the property in Plummer, Idaho, related to the complaint in E. Lester has a long history of going into insane rages, putting wholes through doors and walls, and terrorizing his kids, wife, and is why Jen, AJ, and Dan Doneir had me take Dan's .357 to accompany Amaryah after Halona's conversation with Jen about her dad, Lester, beating and bruising her.

7. Exhibit G: This is an overview from the Plummer Idaho police records. This includes an overview of child abuse, but as it involves minors, without a court order, I cannot get the specifics. Also, this is the rape of Halona—the same daughter who talked with Jen, about Lester beating her—which Lester, to this day, insists on blaming Jen, AJ, Zariah and Lance, and Tamzi and I, for, despite letting the mentally disabled man sleep in a van on his driveway, being warned by Jen, AJ, Dan, and Rey Donier, and, according to Alzerae LaFleur, he permitted Halona to leave the house at night to have sex with him.

8. Exhibit H: This is the Facebook conversation between Amaryah and I. I proposed 3 different options to get Tamzi and my boys out of the dump. This was refused by the LaFleurs. Part of the conversation from 12/7/2021, is with Amaryah asking Jen—NOT ME!—to "help out." I reply that I was paying rent for where our trailer was, her phone, living expenses for over a year, and that if my family left with me, instead of staying in the dump, my (then) wife and sons wouldn't be an issue. Then, Amaryah states "…no, your family not burden…" Lester then lied, taking Tamzi to get welfare in Nebraska, intentionally keeping my boys in the dump from A.

9. Exhibit I: Our termination from Peaceful Acres Park. This shows the start time of when we were no longer at that address.

10. Exhibit J: Lester arrested for violating a protection order, and again, resisting arrest.

V3

11. Exhibit K: Invoice receipt to get travel trailer from1126 CO RD B, SCRIBNER, NE 68057, the dump form A. This shows that we were in the dump in A, and that the LaFleurs did not list it, resulting in a defective petition. As per the email referenced in the briefing, Register and the LaFleurs refused to provide proof that they were living anywhere else, obstructing justice, false statements by omission, and that Register did not adhere to his primary duty as an officer of the court in the administration of justice, which takes priority of duties to clients.

The following are letters that were typed up by Tamzi, Amaryah, and Andrey LaFleur (with assistance, as he was about 10 at the time). These serve mainly to show that Tamzi, Amaryah, Jen, AJ, and others, are aware that Lester LaFleur has a history of violence, including beating on all of his kids. Despite this, they have chosen to not report Lester for child abuse—Jen & AJ, with AJ being a substitute teacher in Idaho/Washington, and thus, a mandated reporter of child abuse—and Amaryah and Tamzi chose to leave the above 4 minors alone with him. These are additional reasons for the reports of abuse, and to show that they are willing to hide or cover Lester's child beatings, at the expense of children, spanning since Gerrin's death in 2009, across Washington, Idaho, and Montana.

1. Tazmi's statements: "…heavier than they can handle…" this may be in reference to Lester having Tamzi serve as a jack to hold an engine block, when she was 17, and if she dropped it, it would have crushed her. This may have aggravated her heart conditions, and other health issues.

2. Andrey's statements: this was typed and prepared by Amaryah LaFleur and her mother, Jen Donier.

3. Facebook conversation with Halona and Jennine: Halona states Lester beat her. On the last page, Halona tells Jen not to call CPS. As a mandated reporter, AJ has to file. Jen states that "We are not doing that," and my initial inquiries into Washington and Idaho indicate there are no reports; if there are any reports, they **would require a court order**.

4. Amaryah's statements: Admits to having documentation that Lester in mentally unstable, yet left minors alone with him, repeatedly, over the course of years. She admits that Lester and his family are abusive to her and her kids, subverting her parental rights (as they have done with me), and even admits she would like Tamzi and Eddie to have possible "joint custody" because of the threats Lester and his side of the family pose.

5. Amaryah's statements 2: Additional talks about abuse and threats by the LaFluers, including death threats related to the location in C.

**Other items of importance**.

1. USPS Tracking Plus: This shows that the appeals was delivered to the Dodge County Clerk of the court, and sat there for over a week.

2. Filing dated 3/10/2023: Court filing, admitting that only Register was present. This means that Register was testifying, in violation of points referenced in the briefing. This also shows that with neither party present, there was no one available with first hand knowledge of the facts, showing additional reasons to void all orders, decrees, judgments, etc. by Geoffrey Hall.

3. Enclosure: Treasury Direct information about the bonds related to the case. I requested the information from the clerks related to the bond(s) for this case, and for a full audit, to make sure there was no conflict of interest by Hall, and for him to recluse himself if there was. This was ignored.

4. Public Official Surety Bonds Request Letter.

5. Freedom of Information Act, Sunshine Act, Nebraska Public Records NE 84-712 request.

6. 5/11/23: Request for conflict of interest due to any monies the county may have received from bond(s) referenced on Enclosure.

7. Title 4-D and Case Laws: Various USC violations that child support commits, case laws that restate how it's not to support any one child, and various Supreme Court Cases, including that rulings in the superior courts are binding on the inferior.

**Exhibit A.**

For additional pictures, in larger sizes:
https://photos.google.com/share/AF1QipNutT1YKTDSOLbmYR5vwY84byG9AhEi2JKgUE0p
R9TNG-aJFA88ei9tYEnB_k1ddQ?key=a2lLV2F4cDJjblFQRjh0Y3JTU05nejFfOFJvSUpR

   



    



2:2

Exhibit B

boys~death

# THE SPOKESMAN-REVIEW

**Washington   Idaho**

NEWS > SPOKANE

## Prosecutor reviews boy's death

*Detective recommends charge against father*

Wed., Nov. 11, 2009



Gerrin P.R. LaFleur, 4, died in an accident involving a truck near Mount Spokane in August. Photo courtesy of the LaFleur family (Photo courtesy of the LaFleur family / The Spokesman-Review)

|  🐦  |  ✉  |  ☻  |
|------|------|------|

### By Meghann M. Cuniff 🔗
meghannc@spokesman.com

Investigators are seeking a vehicular homicide charge against the father of a 4-year-old boy who died near Mount Spokane last summer.

Gerrin P.R. LaFleur died Aug. 19 during a family firewood-gathering trip in the foothills near North Wallis Road and East Elliot Road.

His father, Lester C. LaFleur, told authorities the boy fell from atop his parked 1985 Ford F-250

pickup.

But investigators received conflicting reports of what happened and searched the truck for hair fibers, fingerprints and other evidence to understand the circumstances surrounding the death. An autopsy said the boy died of a bruised and cut right lung, according to court documents.

Spokane County sheriff's Detective David Thornburg now believes enough evidence has been found to support a vehicular homicide charge against the father.

Thornburg said the boy's injuries appeared to have been caused when the truck was moving.

The Spokane County Prosecutor's Office is reviewing the detective's recommendation.

LaFleur, 35, declined to comment through his brother-in-law, Jeremiah Donier, who said the family is being treated unfairly.

"We want the whole community to know that we certainly do care that Gerrin passed way. We feel that it was a tragedy," Donier said. "People have not talked about it correctly."

LaFleur called 911 while driving to a fire station and said he thought his son was dead.

One of Gerrin's older sisters said a branch pulled the boy out of the truck when it was moving.

Another family member said the boy had unbuckled his seat belt and climbed out of the truck.

Detectives found two child-size boot marks on the top of the driver's side rear bumper.

## THE SPOKESMAN-REVIEW

### Local journalism is essential.

Give directly to The Spokesman-Review's Northwest Passages community forums series -- which helps to offset the costs of several reporter and editor positions at the newspaper -- by using the easy options below. Gifts processed in this system are not tax deductible, but are predominately used to help meet the local financial requirements needed to receive national matching-grant funds.

**Exhibit C**

For the complete video of this location: https://youtu.be/Gz2aVipyNvM



## Case Information

CR-2017-6433 | State of Idaho vs. Lester Cole Lafleur

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| CR-2017-6433 | Bonner County Magistrate Court | Meulenberg, Lori |
| File Date | Case Type | Case Status |
| 12/04/2017 | Criminal | Closed |

## Party

State
State of Idaho

Active Attorneys ▼
Lead Attorney
Ponderay City Prosecutor

Defendant
Lafleur, Lester Cole

DOB
XX/XX/1974

Active Attorneys ▼
Lead Attorney
Ward, Brennan Shipley
Court Appointed

## Charge

Charges
Lafleur, Lester Cole

| | Description | Citation | Statute | Level | Date |
|---|---|---|---|---|---|
| 1 | Arrests & Seizures-Resisting or Obstructing Officers | 22591 | I18-705 | Misdemeanor | 12/03/2017 |
| 2 | False Information Provided to an Officer, Government Agencies or Specified Professionals | 22591 | I18-5413(1) | Misdemeanor | 12/03/2017 |

V.B

## Bond

| Bond Type | Bond Number | Bond Amount | Current Bond Status |
|-----------|-------------|-------------|---------------------|
| Cash Bond | CR-2017-6433 | $300.00 | Exonerated |
| Cash Bond | CR-2017-6433 | $300.00 | Exonerated |

## Disposition Events

01/05/2018 Plea ▼

| 1 | Arrests & Seizures-Resisting or Obstructing Officers | | Not Guilty |

01/05/2018 Plea ▼

| 2 | False Information Provided to an Officer, Government Agencies or Specified Professionals | | Not Guilty |

02/09/2018 Disposition ▼

| 1 | Arrests & Seizures-Resisting or Obstructing Officers | Dismissed on Motion of Prosecutor |

02/09/2018 Disposition ▼

| 2 | False Information Provided to an Officer, Government Agencies or Specified Professionals | Dismissed on Motion of Prosecutor |

## Events and Hearings

12/04/2017 New Case - Criminal ▼

| Judicial Officer | Comment |
| Clerk, Magistrate | New Case Filed - Misdemeanor |

218

Court

---

12/04/2017 Bond Posted - Cash ▼

| Judicial Officer | Comment |
| Clerk, Magistrate Court | Bond Posted - Cash (Receipt 15255 Dated 12/4/2017 for 300.00) |

---

12/04/2017 Bond Posted - Cash ▼

| Judicial Officer | Comment |
| Clerk, Magistrate Court | Bond Posted - Cash (Receipt 15256 Dated 12/4/2017 for 300.00) |

---

12/04/2017 Prosecutor Assigned ▼

| Judicial Officer | Comment |
| Meulenberg, Lori | Prosecutor assigned Ponderay City Prosecutor |

---

12/04/2017 Affidavit of Probable Cause ▼

| Judicial Officer | Comment |
| Clerk, Magistrate Court | Affidavit Of Probable Cause |

---

12/04/2017 Notice ▼

| Judicial Officer | Comment |
| Clerk, Magistrate Court | Notice to Defendant |

---

12/05/2017 Probable Cause Order ▼

| Judicial Officer | Comment |
| Harden, Tera A. | Order Finding Probable Cause |

---

12/13/2017 Change Assigned Judge ▼

| Judicial Officer | Comment |
| Meulenberg, Lori | Change Assigned Judge |

---

12/13/2017 Hearing Scheduled ▼

| Judicial Officer | Comment |
| Meulenberg, Lori | Hearing Scheduled (Arraignment 01/05/2018 09:00 AM) Arraignment / Bond |

12/13/2017 ROA - Converted Event ▼

    Judicial Officer         Comment
    Meulenberg, Lori       Notice of Hearing

01/04/2018 ROA - Converted Event ▼

    Judicial Officer         Comment
    Meulenberg, Lori       Driving Record Requested

01/05/2018 Arraignment ▼

Judicial Officer
Meulenberg, Lori

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Arraignment / Bond Appearance Hearing result for Arraignment scheduled on 01/05/2018 09:00 AM: Arraignment / First Appearance

01/05/2018 Court Minutes ▼

    Comment
    AUDIO TAPE NUMBER: 4; HEARING TYPE: Arraignment; MINUTES CLERK: Daranee Humrich; PROSECUTOR: Ponderay City Prosecutor; START TIME: 01/05/2018 9:32AM STOP TIME: 01/05/2018 9:45AM ENTRY BY: HUMRICH; LAST UPDATE BY: HUMRICH;

01/05/2018 Court Minutes ▼

    Judicial Officer         Comment
    Meulenberg, Lori       Court Minutes Hearing type: Arraignment Hearing date: 1/5/2018 Time: 9:32 am
                            Courtroom: Court reporter: Minutes Clerk: Daranee Humrich Tape Number: 4
                            Defense Attorney: Prosecutor: Ponderay City Prosecutor

01/05/2018 Agreement ▼

    Judicial Officer         Comment
    Meulenberg, Lori       Pre-Trial Settlement Agreement

01/05/2018 Notification of Rights ▼

    Judicial Officer         Comment
    Meulenberg, Lori       Notification of Rights

01/05/2018 Order Appointing Public Defender ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | Defendant: Lafleur, Lester Cole Order Appointing Public Defender Court appointed Public Defenders |

01/05/2018 Notice of Hearing ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | Notice Of Hearing |

01/05/2018 A Plea is entered for Charge:* ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | A Plea is entered for charge: - NG (I18-705 Arrests & Seizures-Resisting or Obstructing Officers) |

01/05/2018 A Plea is entered for Charge:* ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | A Plea is entered for charge: - NG (I18-5413(1) False Information Provided to an Officer, Government Agencies or Specified Professionals) |

01/05/2018 Arraignment ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | Hearing result for Arraignment scheduled on 01/05/2018 09:00 AM: Arraignment / First Appearance Arraignment / Bond Appearance |

01/05/2018 Hearing Scheduled ▼

| Judicial Officer | Comment |
|---|---|
| Harden, Tera A. | Hearing Scheduled (Pretrial Conference 02/09/2018 01:30 PM) |

01/05/2018 Hearing Scheduled ▼

| Judicial Officer | Comment |
|---|---|
| Harden, Tera A. | Hearing Scheduled (Jury Trial 02/22/2018 09:00 AM) |

01/10/2018 Notice of Appearance ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | Notice Of Appearance, plea of not guilty and demand for jury trial |

01/10/2018 Request for Discovery ▼

Judicial Officer     Comment

| Meulenberg, Lori | Defendant's Request For Discovery |
|---|---|

**01/12/2018 Response to Request for Discovery** ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | Defendant's Response To Request For Discovery |

**01/12/2018 Objection** ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | Defendant's Objection to plaintiff's notice to use 404(b) evidence |

**01/12/2018 Objection** ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | Objection to admission of evidence of character and conduct of defendant pursuant to I.R.E. 608 |

**01/30/2018 Notice** ▼

| Judicial Officer | Comment |
|---|---|
| Meulenberg, Lori | Notice Of Filing, letter from Northwest Community Health Center |

**02/09/2018 Pre-trial Conference** ▼

Judicial Officer
Harden, Tera A.

Hearing Time
01:30 PM

Result
Hearing Held

Comment
Hearing result for Pretrial Conference scheduled on 02/09/2018 01:30 PM: Hearing Held

**02/09/2018 Court Minutes** ▼

Comment
AUDIO TAPE NUMBER: 3; DEFENSE ATTORNEY: Brennan Ward; HEARING TYPE: Pretrial Conference; MINUTES CLERK: Jody; PROSECUTOR: Ponderay City Prosecutor; START TIME: 02/09/2018 2:39PM STOP TIME: 02/09/2018 2:40PM ENTRY BY: MORELAND; LAST UPDATE BY: MORELAND;

**02/09/2018 Court Minutes** ▼

| Judicial Officer | Comment |
|---|---|
| Harden, Tera A. | Court Minutes Hearing type: Pretrial Conference Hearing date: 2/9/2018 Time: 2:39 pm Courtroom: Court reporter: Minutes Clerk: Jody Tape Number: 3 |

6/8

**02/09/2018 Hearing Held ▾**

| Judicial Officer | Comment |
| --- | --- |
| Harden, Tera A. | Hearing result for Pretrial Conference scheduled on 02/09/2018 01:30 PM: Hearing Held |

**02/09/2018 Dismissed by Motion of the Prosecutor with Hearing ▾**

| Judicial Officer | Comment |
| --- | --- |
| Harden, Tera A. | Hearing result for Pretrial Conference scheduled on 02/09/2018 01:30 PM: Dismissed by Motion of the Prosecutor with hearing |

**02/09/2018 Hearing Vacated ▾**

| Judicial Officer | Comment |
| --- | --- |
| Harden, Tera A. | Hearing result for Jury Trial scheduled on 02/22/2018 09:00 AM: Hearing Vacated |

**02/09/2018 Dismissed by Motion of the Prosecutor with Hearing ▾**

| Judicial Officer | Comment |
| --- | --- |
| Harden, Tera A. | Dismissed by Motion of the Prosecutor with hearing (I18-705 Arrests & Seizures-Resisting or Obstructing Officers) |

**02/09/2018 Dismissed by Motion of the Prosecutor with Hearing ▾**

| Judicial Officer | Comment |
| --- | --- |
| Harden, Tera A. | Dismissed by Motion of the Prosecutor with hearing (I18-5413(1) False Information Provided to an Officer, Government Agencies or Specified Professionals) |

**02/09/2018 Status Changed ▾**

| Judicial Officer | Comment |
| --- | --- |
| Harden, Tera A. | STATUS CHANGED: closed pending clerk action |

**02/13/2018 Bond Exonerated ▾**

| Judicial Officer | Comment |
| --- | --- |
| Harden, Tera A. | Cash Bond Exonerated (Amount 300.00) |

**02/13/2018 Bond Exonerated ▾**

| Judicial Officer | Comment |
| --- | --- |
| Harden, Tera A. | Cash Bond Exonerated (Amount 300.00) |

02/13/2018 Status Changed ▼

Judicial Officer
Meulenberg, Lori

Comment
STATUS CHANGED: closed

02/13/2018 Case Final Judgment Entered

02/22/2018 Jury Trial ▼

Judicial Officer
Harden, Tera A.

Hearing Time
09:00 AM

Cancel Reason
Vacated

Result
Hearing Vacated

Comment
Hearing result for Jury Trial scheduled on 02/22/2018 09:00 AM: Hearing Vacated

## Financial

No financial information exists for this case.

## Case Information

CR-2015-919 | State of Idaho vs. Lester Cole Lafleur

| Case Number | Court | Judicial Officer |
|---|---|---|
| CR-2015-919 | Benewah County Magistrate Court | McGee, Daniel J. |
| File Date | Case Type | Case Status |
| 07/01/2015 | Criminal | Closed |

## Party

State
**State of Idaho**

**Active Attorneys** ▾
**Lead Attorney**
Dunham, Mariah R.

**Inactive Attorneys** ▾
**Attorney**
Payne, Hon. Douglas Paul

Defendant
**Lafleur, Lester Cole**

DOB
XX/XX/1974

**Inactive Attorneys** ▾
**Attorney**
Madsen, Henry D.
Retained

## Charge

Charges
Lafleur, Lester Cole

| | Description | Citation | Statute | Level | Date |
|---|---|---|---|---|---|
| 1 | Nuisance Violation | 3940 | M204-3-4-2 | Misdemeanor | 06/19/2015 |

| | Description | Citation | Statute | Level | Date |
|---|---|---|---|---|---|
| 2 | Prohibited Animals | 3940 | M204-3-1-9A | Infraction | 06/19/2015 |

## Disposition Events

09/03/2015 **Disposition** ▾

| 1 | Nuisance Violation | | Dismissed on Motion of Prosecutor |
|---|---|---|---|

02/26/2016 **Disposition** ▾

| 2 | Prohibited Animals | | Dismissed by Court |
|---|---|---|---|

## Events and Hearings

07/01/2015 Notice of Appearance ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Special Appearance Limited Appearance to Contest Jurisdiction |

07/01/2015 New Case - Criminal ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | New Case Filed - Misdemeanor |

07/01/2015 Prosecutor Assigned ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Prosecutor assigned Douglas P Payne |

07/01/2015 Affidavit ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Affidavit |

217

07/09/2015 Hearing Scheduled ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Hearing Scheduled (Arraignment 08/03/2015 11:30 AM) Nuisance/ Prohibited Animals |

07/09/2015 ROA - Converted Event ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Notice Of Hearing |

07/09/2015 Notice of Appearance ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Defendant: Lafleur, Lester C Appearance Henry D Madsen |

07/16/2015 Motion ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Motion to Consolidate Cases |

07/21/2015 Statement ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Statement of No Objection to Motion to Consolidate |

07/21/2015 Memorandum ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Memorandum in Opposition to Motion to Contest Jurisdiction |

07/21/2015 Affidavit ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Affidavit of Andrew P Doman in Opposition to Motion to Contest Jurisdiction |

07/23/2015 Order ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Order to Consolidate Cases, CR15-691, CR15-919 and CR15-918 |

07/23/2015 Hearing Vacated ▾

Judicial Officer            Comment
McFadden, Patrick R.        Hearing result for Arraignment scheduled on 08/03/2015 11:30 AM: Hearing
                            Vacated Nuisance/ Prohibited Animals

07/28/2015 Hearing Scheduled ▾

Judicial Officer            Comment
McFadden, Patrick R.        Hearing Scheduled (Motion to Dismiss 08/03/2015 11:30 AM)
                            Nuisance/Prohibited Animals

07/28/2015 ROA - Converted Event ▾

Judicial Officer            Comment
McFadden, Patrick R.        Notice Of Hearing

08/03/2015 Arraignment ▾

Judicial Officer
McFadden, Patrick R.

Hearing Time
11:30 AM

Cancel Reason
Vacated

Result
Hearing Vacated

Comment
Nuisance/ Prohibited Animals Hearing result for Arraignment scheduled on 08/03/2015 11:30 AM: Hearing Vacated

08/03/2015 Motion to Dismiss ▾

Judicial Officer
McFadden, Patrick R.

Hearing Time
11:30 AM

Result
Hearing Held

Comment
Nuisance/Prohibited Animals Hearing result for Motion to Dismiss scheduled on 08/03/2015 11:30 AM: Hearing
Held

08/03/2015 Court Minutes ▾

    Comment
    DEFENSE ATTORNEY: Henry Madsen; HEARING TYPE: Motion to Dismiss; MINUTES CLERK: Angela

2:00AM ENTRY BY: AMEDLEY; LAST UPDATE BY: AMEDLEY;

### 08/03/2015 Court Minutes ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Court Minutes Hearing type: Motion to Dismiss Hearing date: 8/3/2015 Time: 8:50 am Courtroom: District Courtroom Court reporter: Minutes Clerk: Angela Medley Tape Number: Defense Attorney: Henry Madsen Prosecutor: Douglas Payne |

### 08/04/2015 Hearing Held ▾

| Judicial Officer | Comment |
|---|---|
| McFadden, Patrick R. | Hearing result for Motion to Dismiss scheduled on 08/03/2015 11:30 AM: Hearing Held Nuisance/Prohibited Animals |

### 09/01/2015 Change Assigned Judge ▾

Comment
Change Assigned Judge (batch process)

### 10/13/2015 Acceptance of Service ▾

| Judicial Officer | Comment |
|---|---|
| Gibler, Fred M. | Acceptance Of Service Pursuant to Idaho Rule of Civil Procedure |

### 10/13/2015 Subpoena Issued ▾

| Judicial Officer | Comment |
|---|---|
| Gibler, Fred M. | Subpoena issued- Zack Sifford |

### 10/13/2015 Notice of Appeal ▾

| Judicial Officer | Comment |
|---|---|
| Payne, Douglas P. | Notice Of Appeal |

### 10/14/2015 Court Minutes ▾

| Judicial Officer | Comment |
|---|---|
| Payne, Douglas P. | Court Minutes |

### 10/14/2015 Motion ▾

| Judicial Officer | Comment |
|---|---|
| Payne, Douglas P. | Defendant's Motion for More Definite Statement |

10/14/2015 Change Assigned Judge ▾

| | |
|---|---|
| Judicial Officer | Comment |
| Payne, Douglas P. | Change Assigned Judge |

---

10/14/2015 Appeal Filed in District Court ▾

| | |
|---|---|
| Judicial Officer | Comment |
| Payne, Douglas P. | Appeal Filed In District Court |

---

10/14/2015 Appeal Filed in District Court ▾

| | |
|---|---|
| Judicial Officer | Comment |
| Gibler, Fred M. | Appeal Filed In District Court |

---

10/14/2015 Status Changed ▾

| | |
|---|---|
| Judicial Officer | Comment |
| Gibler, Fred M. | STATUS CHANGED: Reopened |

---

11/19/2015 Disqualification of Judge - Self ▾

| | |
|---|---|
| Judicial Officer | Comment |
| Payne, Douglas P. | Disqualification Of Judge - Self |

---

02/23/2016 Change Assigned Judge ▾

| | |
|---|---|
| Judicial Officer | Comment |
| McGee, Daniel J. | Change Assigned Judge |

---

02/26/2016 Court Trial ▾

Judicial Officer
McGee, Daniel J.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Consolidated with CR16-691 Hearing result for Infraction Court Trial scheduled on 02/26/2016 09:00 AM: Hearing Held

---

02/26/2016 Hearing Held ▾

| | |
|---|---|
| Judicial Officer | Comment |
| McGee, Daniel J. | Hearing result for Infraction Court Trial scheduled on 02/26/2016 09:00 AM: Hearing Held Consolidated with CR16-691 |

02/26/2016 Dismissal During/After Trial or Hearing ▼

| Judicial Officer | Comment |
| McGee, Daniel J. | Dismissal During/after Trial Or Hearing (M204-3-1-9A Prohibited Animals) |

02/26/2016 Dismissed Before Trial Or Hearing ▼

| Judicial Officer | Comment |
| McGee, Daniel J. | Dismissed Before Trial Or Hearing (M204-3-1-9A Prohibited Animals) |

02/26/2016 Status Changed ▼

| Judicial Officer | Comment |
| McGee, Daniel J. | STATUS CHANGED: closed pending clerk action |

02/26/2016 Status Changed ▼

| Judicial Officer | Comment |
| McGee, Daniel J. | STATUS CHANGED: closed |

02/26/2016 Court Minutes ▼

| Judicial Officer | Comment |
| McGee, Daniel J. | Court Minutes |

02/26/2016 Case Final Judgment Entered

01/31/2018 Scanned ▼

| Judicial Officer | Comment |
| McGee, Daniel J. | Scanned into Odyssey |

# Financial

No financial information exists for this case.

**Exhibit F**

Additional photos are seen at:

https://photos.app.goo.gl/dTupzwUBxKebBW227



F 112



2.2

Exhibit G

## RESPONSE TO REQUEST TO EXAMINE AND/OR COPY PUBLIC RECORDS

DATE: _____120322_____

NAME OF REQUESTOR: _Starr Eddie_____

DATE OF REQUEST: __112522_____

1.  [X]  Your request has been approved.  See attached documents or please contact the undersigned to arrange a time to examine the records.  *(This may be a partial approval.  See items 2 or 3 regarding records not located or deemed exempt.)*

_____Copies provided

$_____Total cost

2.  [ ]  It has been determined that additional time is required to locate or retrieve the records you have requested.  Said records shall be available on _____, or further information will be provided regarding your request.  *(No longer than 10 days from request.)*

3.  [ ]  Your request has been denied as the following records are exempt from public disclosure for the stated reason.

Idaho Code Section

_____          _____

_____          _____

_____          _____

4.  [ ]  The attorney for the entity has reviewed your request and this response.

NOTICE:  PURSUANT TO **IDAHO CODE** § 74-115 YOU HAVE 180 DAYS TO APPEAL THIS DECISION BY FILING A PETITION IN STATE DISTRICT COURT IN THE COUNTY WHERE ALL OR PART OF THE RECORDS ARE LOCATED

_____
Custodian

Dept._____   Telephone #_____

_____County

V.3

12/03/2022   06:55:54   LE029   HAMPTON, BRADLEY   BENEWAH COUNTY SHERIFF   PAGE 1

# N A M E   D E T A I L

| | | | | |
|---|---|---|---|---|
| **Name:** | **LAFLEUR, LESTER COLE** | | **Name No:** 62799 | **Name Type:** INDIVIDUAL |
| AKA : | LA FLEUR, LESTER | DOB : | | |
| AKA : | LA FLEUR, LESTER COLE | DOB : 06/22/1974 | SSN : XXX-XX-6765 | |

**Address:** PMB 161 311 MINERAR AVE  
LIBBY MT

**Home:** (509) 590-7382  
**Work:**  
**Pager:**  
**Cell:** (509) 590-7382

**Mailing:** 311 MINERAL AVE - PMB 161  
LIBBY MT 59923

**Employer:** **Occupation:**

**Comment:** USE CAUTION

**Birthplace:**

**DOB:** 06/22/1974 **Age:** 48 **Gender:** UNKNOWN **Race:** UNKNOWN **Ethnicity:** NOT HISPANIC

**SSN:** XXX-XX-6765 **OLN:**

**Height:** **Weight:** **Hair:** **Eyes:** **Corrective Lenses:** NO

**Complexion:** **Style:** **Beard:** **Blood Type:**

**Build:** **Teeth:** **Speech:** **Dexterity:**

**Marital Status:** **Religion:** **Native Language:**

**Jacket #:** **Jail #:** **FBI #:** **SID #1:**

**SID #2:** **SID #3:** **Alien #:** **MNU #:**

**NCIC Class:** **Alert:** YES

---

## Address History

| Date | Address | Home Phone | Work Phone |
|---|---|---|---|
| 10/11/2016 | 110 N 6TH PLUMMER ID 83851 | | |
| 10/10/2016 | 767 A STREET #2 PLUMMER ID 83851 | | |
| 04/30/2015 | 6TH STREET PLUMMER ID 83851 | | |
| 10/18/2016 | PMB 161 311 MINERAR AVE LIBBY MT | (509) 590-7382 | |

---

## Scars, Marks, Tattoos

---

## Contacts :

---

## School History

---

## Warrants

---

## Arrests

---

## Arrest Weapons



Exhibit G

12/03/2022    06:55:54    LE029    HAMPTON, BRADLEY    BENEWAH COUNTY SHERIFF    PAGE 2
NAME DETAIL

Name: **LAFLEUR, LESTER COLE**    Name No: 62799    Name Type: INDIVIDUAL

## Vehicles

## Citations

**BENEWAH COUNTY SHERIFF**

Date: 06/19/2015    Time: 07:22    Citation No: 3940
Charges:

| State Criminal Code | | | Offense Code | |
|---|---|---|---|---|
| 1 COUNT OF | 204-3-1-9A | PROHIBITED ANIMALS | 602C | ANIMAL CITATION |

## Incidents

| Date | Agency | Incident No. | Nature of Call | Name Type | Age |
|---|---|---|---|---|---|
| 04/25/2012 | 01 | 01-2012-01642 | VACATION WATCH | OTHER | 00 |
| 09/05/2012 | 01 | 01-2012-03871 | SUSPICIOUS CIRCUMSTANCE | REPORTED PARTY | 38 |
| 02/12/2014 | 01 | 01-2014-00630 | THEFT-GRAND | REPORTED PARTY | 39 |
| 02/12/2014 | 01 | 01-2014-00630 | THEFT-GRAND | VICTIM | 39 |
| 02/19/2014 | 01 | 01-2014-00758 | UNWANTED SUBJECT | REPORTED PARTY | 39 |
| 12/06/2014 | 01 | 01-2014-05908 | CITY ORDINANCE VIOLATION | SUSPECT | 40 |
| 06/19/2015 | 04 | 04-2015-00050 | DISTURB THE PEACE | SUSPECT | 40 |
| 06/19/2015 | 01 | 01-2015-02742 | DISTURB THE PEACE | SUSPECT | 40 |
| 10/10/2016 | 04 | 04-2016-00048 | SEX OFFENSE - RAPE | OTHER | 42 |
| 10/08/2016 | 01 | 01-2016-04393 | MALICIOUS INJURY | OTHER | 42 |
| 10/10/2016 | 01 | 01-2016-04439 | SEX OFFENSE - L & L | OTHER | 42 |
| 11/04/2016 | 01 | 01-2016-04818 | CPOR ENTRY | SUSPECT | 42 |
| 11/08/2016 | 01 | 01-2016-04891 | CHILD ABUSE | SUSPECT | 42 |
| 09/19/2017 | 01 | 01-2017-05261 | DISTURBANCE-JUVENILE | OTHER | 43 |
| 02/06/2019 | 01 | 01-2019-00662 | WELFARE CHECK | FAMILY MEMBER | 44 |
| 03/07/2019 | 01 | 01-2019-01168 | SUICIDAL SUBJECT | FAMILY MEMBER | 44 |
| 03/07/2019 | 01 | 01-2019-01175 | ANIMAL | OWNER | 44 |

## Jail Bookings

## Associated Names

| Associated Name | Relationship |
|---|---|
| LAFLEUR POWELL, ZARIAH QOLETTE | CHILD |
| LAFLEUR, AMARYAH VALERIE | SPOUSE |

*********************END OF REPORT*********************

813

10/17/21, 2:43 PM

Arrived in one piece...no krazy glue required!

It's about 2 miles out from Plummer, going past the turn to St. Maries. To get an idea, had to use 810 Underpass road.

I was thinking, and apparently

I was thinking, and apparently Jen was thinking similar, to bring T & the boys up asap; maybe Thanksgiving? Then, I can have the f250 brought here, like I did the trailer, and Esteban can work on it, and help T with the

This gets us a chance to start exploring the Home School support groups; there's 5 - 8. At least One of them encourages parents to offer teaching some areas they're experienced with. T can offer everything from first aide of animals and people, to what plants are edible, medicinal, and to flat out avoid.

10/17/21, 10:31 PM

Okie I updated Tamzi she read everything. I sure get back to soon in few days if her phone not working, then I told she could use my phone as needs it.

Oh, and I got a notice from Straight Talk. They are doing some network upgrades, so IDK how or if it will effect her cell or not. I'm charging my stuff up, so let her know this, and if she has service drop.

Ok I will in the morning they are sleeping currently

12/7/21, 10:09 PM

Was talking with Jen; not sure exactly on specifics back there...

T's getting her GED, which is good.

In regards to "helping out:" I'm paying rent (here), paying the loan on the trailer, paying T's phone, and making payments on various other debts, including credit cards, for our living expenses over the last year. If

expenses over the last year. If my family had left with me, and waited on the truck, they wouldn't be there, and wouldn't be a need to "help out." Have no idea where that's come from. If they're a burden, then you need to discuss getting them up here with her

Otherwise, Tamzi felt 1) it best to not to incur additional expenses to have the truck hauled out here, and them brought out here, and then spend money on the truck, and 2) Since I'm working on my real estate agent licensing, she said I would be able to get that done faster, if I

did it without having them there, like how I spent a lot of time taking care of Zack, when we were in Plummer, and Tamzi was sleeping due to pain/exhaustion. I reluctantly agreed with her wanting to wait there, letting her know I do miss the boys & her.

There's no plan to "save for a house," because that would take too much money and time. I should be done with all the studying and pretesting within 10 days. From there, I find out when I can next take my agent test. I pass, and start work for KW--whose providing free schooling--and cover rent at a park, until I have enough from there for own property.

Unless there's something else, like you're possible plan to bring them sooner, the tentative plan if for them to be here within the first month or two of 2022.

12/7/21, 10:29 PM

I don't Tamzi plans, no your family not burden. No worries. Got to go.

I don't what Tamzi and you agree on what you don't I just trying to be supportive of people's choices. Glad you doing your best and helping. Already about Tax stuff. Because I was unsure of Wich I corre

Later.

12/27/21, 2:29 PM

Been talking with T about how stressed she's been, like her recently breaking the laptop's screen. She was feeling especially low late last night.

v3

Tentatively, we're looking end of Jan, early Feb, for them to come back to INW; I know Penny likes to play with Zack, and I think Tamzi and Zariah will be good for each other. Jen and Lance have both mentioned willing to help bring them up, as well.

Keep ya ↓ ed.

Jan 27, 2022, 7:09 PM

Told Tamzi, and will relay to you.

I'm suggesting end of Feb, or 1st week of March as returning time. The only reason I'm willing to consider that long is because the roads should have less snow. 

Option 1: You help drive T,Z,K here (rentals are big enough to include Amy+cage). Only big city rentals, like Omaha (possibly airport), and Spokane airport, allow one-way rentals; Fremont, CDA, and smaller towns don't.

If can't leave your car at rental location, can leave it at Amtrak, until return.

We can then pay your flight back. You only need to cover gas.

Option 2, T could drive up here, either rental, or used truck. I know that T hasn't had time to work on the f250, and she can't, while having to deal with lil uns. Get them up here, then, if desired, can have it towed up here, and pros work on it.

With her hips, back, and other health issues, as well as occasional fainting/blacking out, it's not something she can do.

3) I put my real estate agent work on hold, possibly, and come down there, myself, to get my family.

T looking for work is NOT part of the deal! I was to come ahead to ID/INW, get work, and then, my family would be reunited with me. There is outside interference and manipulation, and it won't be tolerated. My family belongs with me, not being a built-in home care aide.

MT family, in particular, have nerve, telling her she needs to "think about the boys," when I had a job, apartment, and all the basic needs covered.

Feb 23, 2022, 12:11 PM

I hope you can get a chance to go over the marriage message this upcoming Sabbath, with T.

Before I go into anything else: you say you don't want to be involved. It's too late for that. You said you'd bring T out, when I got settled, not "well, if she doesn't feel like it, I won't." **MY BOYS** are there, along with T. Thus, you are involved. If you didn't want to be, you should have told T in Oct: "I don't want to be involved in any disputes.

You need to go with Eddie, your husband." When in court, I know how horrible you felt, when they allowed your kids to stay in MT, and you couldn't see them, and how you didn't want Lynn to approach you. Y'all are doing the same thing to me and my boys!

2,3

I know Lynn, for sure, and Les are, influencing her; before I left, she quoted Les, word for word, on why she didn't want to homeschool the boys; talking about educating the boys, without me there, is NOT ok.

We both work, and watch the boys. We build up our money, and can take care of the truck, and even build up reserves so that we can finally apply for the VA housing loan, and get our own home base. Although they focus on the vet, underwriters will look at the overall family deal.

I gave T a list of over 20 jobs, here. Several don't require HSD/GED. Those that may, such as working at cannabis shops in WA, are looking for reliable people, who won't try to steal product.

Yet T still says I've given her no plans? I can't give any more detailed plans, without her and boys here. I can't say "We're going to enroll the boys in this Home School group," without the boys to enroll. T also doesn't want a HS that's full of rich, snooty, posh people. I can't tell if they're ok, or too posh for her. That's only something she can tell. ↓

She hasn't provided a single work idea. Even if she did, she can't work, because there's no one who can watch the boys. You have too much you're doing, and are tired a lot. It's not your responsibility to watch the boys.

I already know that there's paperwork on Les to not be alone with kids. I believe that, in part, is why T's being pressured/influenced to stay there.

T has refused to provide anything beyond vague "feel goods" about staying. As I just outlined, I've got work, and provided her with over 20 options, and can carpool her to work, handle the boys, and she can take over when I'm off to my job. There's no legal school option; to HS, someone needs

education, which I have. They haven't socialized at all, there, and can't. There's no way Les would want them to bring friends over. No sane parent would allow it. There isn't a single, legit, reason to stay, and every sane reason to move on for our future. T mentioned she wanted

When Zack says he misses his Dad, the **proper** response is to offer sympathy, **not** "What about Grand Pier." As Zack pointed out "You're NOT Dad!"

Mar 22, 2022, 10:11 PM



Pictures of you are good. Plus I told parents are work the careers so soon you all be back together Soon.

May 24, 2022, 12:22 PM

Tomorrow, or Friday, there's going to be a call with you, Lester, Tamzi, Jen, AJ, and I. I'm sick of this BS, and it's going to be cleared up.

353

**Oikia 821 LLC**
1704 N Bell St, #124
Fremont, NE 68025



Oikia 821
LLC

Eddie Starr
4924 N Co Rd 26
#5
Fremont, NE 68025

6/19/2021

# RENTAL TERMINATION - 30 day notice

**You are hereby notified that your <u>month-to-month lease IS TERMINATED</u>.  You are to remove all your property by 7/19/21.**

**Any deposit paid will be refunded less damages within 15 days of departure.**

**In the event you disregard this notice, you will be lawfully evicted by the Sheriff and assisted by Social Services.**

Peaceful Acres Park.  402-512-4439

# background check Lester & Amaryah Lafleur.

m-b@oikia-inc.com

I'm doing a background check on these people, and in my search, your property came up as a possible prior address.

Can you provide any information? Good or bad residents, with whatever information you wish to provide. Any images of how they kept their location, or similar.

They also have a large dog. Was there any incidents with it, or anything about it? Images, reports, or no incidents?

Thanks for your time.

-Ed

Ed,

A family of gypsies that I evicted. History of same in Montana. Dog bit at least three other tenants. Police visits, etc.

They know how to game the system. Pass on bye.

I attach a photo of their style.

Mick



212

## RESPONSE TO REQUEST TO EXAMINE AND/OR COPY PUBLIC RECORDS

DATE: _1/26/23_

NAME OF REQUESTOR: _Eddie Starr_

DATE OF REQUEST: _1/13/23_

1.    [ ]    Your request has been approved.  See attached documents or please contact the undersigned to arrange a time to examine the records.  *(This may be a partial approval.  See items 2 or 3 regarding records not located or deemed exempt.)*

_____Copies provided

$_____Total cost

2.    [ ]    It has been determined that additional time is required to locate or retrieve the records you have requested.  Said records shall be available on _____, or further information will be provided regarding your request.  *(No longer than 10 days from request.)*

3.    [ ]    Your request has been denied as the following records are exempt from public disclosure for the stated reason.

Montana Code Section

_____    _____

_____    _____

4.    [ ]    The attorney for the entity has reviewed your request and this response.

Custodian: _____

Dept._____    Telephone #_____

_____County

_1/26/23_    _Brad Pfaff_

Arrest Date 11/07/16
Charge - Violation of Protection Order
        - Resisting arrest

Exhibit K

Showroom Transport - Invoice

1-800-462-0038 SALES OFFICE
(888) 299-0050 SALES OFFICE
FAX
(703) 495-0899 BILLING OFFICE
(703) 690-4644 BILLING OFFICE
FAX

**DATE** | INVOICE NUMBER

10/6/2021 | 64515

BILL TO

EDDIE STARR
401 E 8TH ST SUITE 214 PMB 8005, SIOUX FALLS, SD 57103
ATTN: EDDIE STARR
OFFICE:
FAX:
HOME: 509-265-7401
CELL: 208-699-0355

| PICKUP LOCATION | DELIVERY LOCATION |
|---|---|
| EDDIE STARR | EDDIE STARR |
| 1126 CO RD B, SCRIBNER, NE 68057 | 231 PLUMMER AVE, PLUMMER, ID 83851 |
| ATTN: EDDIE STARR | ATTN: EDDIE STARR |
| OFFICE: | OFFICE: |
| FAX: | FAX: |
| HOME: 509-265-7401 | HOME: 509-265-7401 |
| CELL: 208-699-0355 | CELL: 208-699-0355 |

| TERMS | DUE DATE | SUB |
|---|---|---|
| DUE ON RECEIPT | 10/6/2021 | |
| ETA PICKUP | ETA DELIVERY | SHIP VIA |
| 10/11/21 - 10/13/21 | | |

| LINE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | 2019 28FT BALL HITCH FOREST RIVER WILDWOOD | $3,295.00 |
| 2 | Payment Received: 10/6/2021- Credit Card (DiscoverCard) Ending Last 4 Digits: 9090, Thank You. | ($1,500.00) |
| | TOTAL DUE: | $1,795.0 0 |

Billing Address:
**SHOWROOM TRANSPORT
8567 BLACKFOOT CT
LORTON, VA 22079**

I am writing this letter concerning my parents and siblings.

My Dad is a great parent. He is an overachiever. He wants to have
Medical in three states and that does not work well.

He wants all the free stuff he can get, like tarps, pallets, wood, etc.
He takes and leaves things everywhere and has junk in at least three places I know
of.

He has had people including myself lift things heavier than they can handle.

My mom is working on stabilizing all of my siblings in Plummer, ID
Because my dad and mom have a Montana property grandma Lynn gave them.
Dad wants to enroll my siblings in Montana schools. My mom would like to keep
my siblings in Plummer, ID schools. Where they have friends and a home to go to
at night with running water and electricity.

My sister Zariah just turned 18 not long ago so she will be getting out on her own.

Alzera is working on a getting to know some younger people and enjoys being in
Plummer with mom  and being able to accomplish her goals

Halona was in what we thought at first a relationship with a 17 year old boy in
February this year but we learned he is really 13 and a month younger than her.  I
wanted him to leave my little sister Halona alone because I thought he was 17 and
would be 18 in February.  He lied on his Facebook.  He already had had several
girl friends in the past few months.  My Dad left her in Montana to help my Great
Grandma Asbridge who is often confused.

Halona needs to stay in one state and she said she wanted to be home with Mom
and my younger brother and also baby sister also in Plummer, ID.  And she wants
Dad to be there too.

My Grandma Lynn is getting my Dad to get everyone to Montana and my dad is
listening to her.  There is more I can share and if you have an email
Thanks for your time.

Tamzi LaFleur

Note: Dad is not respectful with children and teenagers. My dad thinks he needs someone to wash his dishes, and cook his meals in other words he needs someone to check on him every day.

# Andrey's Statements

Andrey: said Plummer house Dad kicked in wall he was mad at things uncle Aric told him said mom was doing stuff with other men.   Which I know is a lie, Mom does not do that stuff.

Dad locked me (Andrey) out of the safe house one night in Libby this past week about October 27th 2016 he would not let me in, it was cold out and raining. He did it cause me and Alzera were fighting but we made up but dad still got mad at me I made a tipi shelter outside in the grass to lay in At 44 McKinley Ave in Libby, MT.   He would not let me in and laughed at me  Alzera woke up at about 2:00 a.m.  and finally let me in after Dad was sleeping.

October 12th  2016 Dad was mean to our cat Vader he on purpose poured olive oil on him and threw him out in the rain.    Dad laughed at us and the cat. Me and Viktorya saw dad do that.  It was mean.

Dad knocks me down sometimes and steps on my back he yells a lot and kicks or hits walls a lot or throws stuff at me or breaks things. At the safe house Wednsday the 19th of October.  Dad threw a pot at me and hit me in the face because when I was doing the dishes and missed one little spot on the pot edges.  He was mad I missed the spot.  He almost hit the t.v.  My sister Alzera was sleeping on the couch.   Halona was on dad's tablet.

Dad makes deals with us to make money we do stuff he lets us have  money then he takes it away from us later.

Dad would make Viktorya sit tied in to her highchair in her poopy diaper said you change your own diaper or sit in the poop awhile.

Facebook conversation with Halona and Jennine Clark Donier May 7th 2016

May 7

Halona LaFleur
5/7, 6:22pm
Halona LaFleur
Yeah dad beat me I just didn't want to say to others

Jennine Clark Donier
5/7, 6:22pm
Jennine Clark Donier
That is not okay to do.
Why the heck did he beat you?
I thought he was coming down here this weekend and next he told mom he was for Mother's day
and again for Torya's birthday.

Halona LaFleur
5/7, 6:24pm
Halona LaFleur
Cops told him to its legal
I did to

Jennine Clark Donier
5/7, 6:25pm
Jennine Clark Donier
Are you bruised from his beating you.  BS not if he left cuts or bruises

Halona LaFleur
5/7, 6:25pm
Halona LaFleur
He did

Jennine Clark Donier
5/7, 6:25pm
Jennine Clark Donier
Spanking yes not beating not hitting with fists

Jennine Clark Donier
5/7, 6:26pm
Jennine Clark Donier
Call CPS on him then or get ahead of mom to come get you.  Did the school know?
School counselors? Get a hold of mom not ahead.

Halona LaFleur
5/7, 6:27pm
Halona LaFleur
It's legal in montana It is

Jennine Clark Donier
5/7, 6:30pm
Jennine Clark Donier
It is NOT legal to BEAT a child in any state.    Cops are lying

To Spank yes not beat, not leave welts, cuts or brusies.
Is that your back or shoulder?

Halona LaFleur
5/7, 6:37pm
Halona LaFleur
Yes cps was there said it to so
Or that's wat dad told me

Jennine Clark Donier
5/7, 6:38pm
Jennine Clark Donier
Did they see that on your shoulder or back?  Is there other bruises, cuts like that?

Halona LaFleur
5/7, 6:39pm
Halona LaFleur
Yeah a bruise on my thiegh
I want tber I wasn't ther

Jennine Clark Donier
5/7, 6:40pm
Jennine Clark Donier
Oh so it was just Dad said the CPS and cops said he could but you did not hear them say that

Halona LaFleur
5/7, 6:42pm
Halona LaFleur
Yes
So idk no if I should believe him

Jennine Clark Donier
5/7, 6:43pm
Jennine Clark Donier
I am sorry to tell you but he is lying

Halona LaFleur
5/7, 6:43pm
Halona LaFleur
He told me to call them and ask

Jennine Clark Donier
5/7, 6:49pm
Jennine Clark Donier
Tell the school Monday and show a counselor.  it IS NOT legal in any state to BEAT a child or an
adult leaving cuts, bleeding or bruises.

Halona LaFleur
5/7, 6:50pm
Halona LaFleur
I already did try ey don't care

245

Jennine Clark Donier
5/7, 6:51pm
Jennine Clark Donier
He lied.

Jennine Clark Donier
5/7, 6:57pm
Jennine Clark Donier
Why did your dad beat you like that?  Was he angry or what?

Halona LaFleur
5/7, 7:04pm
Halona LaFleur
He did it twice in two days for little reasons it's stupid

Jennine Clark Donier
5/7, 7:05pm
Jennine Clark Donier
Here is the Montana State Code and Laws on it so he ls lying.   That is abuse and illegal/

Jennine Clark Donier
5/7, 7:05pm
Jennine Clark Donier
Montana Code Annontated. 2015 laws.
45-5-201. Assault. (1) A person commits the offense of assault if the person:
  (a) purposely or knowingly causes bodily injury to another;
  (b) negligently causes bodily injury to another with a weapon;
  (c) purposely or knowingly makes physical contact of an insulting or provoking nature with any individual; or
  (d) purposely or knowingly causes reasonable apprehension of bodily injury in another.
  (2) A person convicted of assault shall be fined not to exceed $500 or be imprisoned in the county jail for any term not to exceed 6 months, or both.

45-5-202. Aggravated assault. (1) A person commits the offense of aggravated assault if the person purposely or knowingly causes serious bodily injury to another or purposely or knowingly, with the use of physical force or contact, causes reasonable apprehension of serious bodily injury or death in another.
  (2) A person convicted of aggravated assault shall be imprisoned in the state prison for a term not to exceed 20 years and may be fined not more than $50,000, except as provided in 46-18-219 and 46-18-222.

45-5-202. Aggravated assault. (1) A person commits the offense of aggravated assault if the person purposely or knowingly causes serious bodily injury to another or purposely or knowingly, with the use of physical force or contact, causes reasonable apprehension of serious bodily injury or death in another.
  (2) A person convicted of aggravated assault shall be imprisoned in the state prison for a term not to exceed 20 years and may be fined not more than $50,000, except as provided in 46-18-219 and 46-18-222.

Jennine Clark Donier

315

5/7, 7:06pm
Jennine Clark Donier
It is NOT legal. School counselor will tell you that too
Why did he beat you what was the reason?

Jennine Clark Donier
5/7, 7:16pm
Jennine Clark Donier
Mom is talking to me she said go to school counselor Monday she is gonna call the school herself
Monday
Where dad is
MOM said DO NOT tell DAD anything at all
JUST Go to school see the principal and counselor MOM Is coming to get YOU MONDAY stay at
school
 till MOM gets you
Do you want to come home tonight Mom wants to know

Halona LaFleur
5/7, 7:30pm
Halona LaFleur
I want to
But I can wait til Monday

Jennine Clark Donier
5/7, 7:31pm
Jennine Clark Donier
Mom is coming up here and going to get you TONIGHT Uncle Dan is coming with her DO NOT
TELL DAD
She is going to come up here get Eddie and go get you tonight  She said dad is too out of control.
You are DONE with school up there
so is Alzera ? Where is dad Halona right now?

Halona LaFleur
5/7, 7:43pm
Halona LaFleur
Dad's fine now there talking to me
Where all at grandma's

Jennine Clark Donier
5/7, 7:43pm
Jennine Clark Donier
Okay well just keep cool ah okay

Halona LaFleur
5/7, 7:43pm
Halona LaFleur
Ok

Jennine Clark Donier
5/7, 7:44pm
Jennine Clark Donier

45

Mom is on the way
If you go back home try and let me know ASAP as mom plans to get you tonight
She said do not tell dad or anyone else there
Does dad know you are talking to me?

Halona LaFleur
5/7, 7:56pm
Halona LaFleur
No

Jennine Clark Donier
5/7, 7:57pm
Jennine Clark Donier
Good do not tell any of them mom said and if you leave for home let me know Mom is coming here first then to get you.   With Eddie coming with her do NOT tell any of them they are coming mom said she does not trusts some of them it is NOT okay what dad did and it is NOT legal

Halona LaFleur
5/7, 8:02pm
Halona LaFleur
We will figure it out it dosent hurt
Don't call cps tho
Cause dad dosent want to do just nobody told him a better way
I just want my freedom

Jennine Clark Donier
5/7, 8:04pm
Jennine Clark Donier
We are not doing that.   Mom just is not leaving you there.  She plans to get dad help counseling

Halona LaFleur
5/7, 8:04pm
Halona LaFleur
Good he wants and needs that
Where about to go to the cabin
It's weird matching this setting I just don't want any family fighting
Please. Because it's mothers day weekend if anyone ask mom came over here to pick me up for moms day and then we can figure it out from ther

Jennine Clark Donier
5/7, 8:15pm
Jennine Clark Donier
Mom wants to come there so don't worry about it.   All will turn out as God wills and all will be good for you, dad and everyone.   We all love you and we love your dad

Halona LaFleur
5/7, 8:16pm
Halona LaFleur
Ok

SLS

Amaryah's statements

Basically Need to get my minor children; Alzera through Torya to a safer situation

I want to get my two girls Alzera and Halona out of Libby Mt. ASAP they went there for the school year as Plummer nor CDA schools would help them to accommodate their learning needs and they would not put Alzera in High School with her peer group they insisted she had to be in 6th grade at age 14.

I agreed with reservation's to put the girls in Libby, Mt. For one school year only. Les is staying there on property inherited from his mom. He refuses to return home to Idaho. He is more and more mental and more and more abusive to me and the children. He is scared to death, That literally his dad want's to kill him and with good cause and reason to believe this.

Lester is afraid for me to go to the ridge property on N. Wallis rd. on Mt. Spokane by myself to get photos and even get our tools, and other belongings. He is afraid something will happen to me like his step aunt Penny Cruzer who disappeared according to Leon she has been missing for about 18 years and Leon knows something about it.

Lester also goes deeper and deeper into his own reality and I have recent documentation that he is mentally unstable. So much so he could not attend a court case we had in St. Marie's Idaho. Because of it the judge dismissed his charges. But the judge did say mentally ill people do go to jail when need.

Lester buys into his mother Lynn's and other relatives on his side of the family statements to Lester that "Amaryah does not know what she is doing. She does not know what is best for the children or the family. Lynn has upset Halona and Alzera calling them 'Montana Girls" inferring they will continue schooling there until they both graduate because that is "Home and always has and will be". She said they come from good stock. In another statement I have recorded She chewed out Lester due to a situation involving Leon La Fleur and Tamzi, Eddie and myself.

Stating that Amaryah needs to stop what she is doing if she wants to be part of this family and you don't turn family in. Also she suggested that Amaryah's family parents, sibling etc. Were "welfare" people Totally disregarding my dad being a school teacher and other people of professional jobs such as my sister in law and brother.

43

Les's entire family has become hostile toward me personally and doing thing to try and alienate my children and or get control of them. Leon said that it is Halona and other of my children's fault that Gerrin died. But Leon knows nothing about it. This undid all the counseling Halona had and Sammie, Halona's counselor in Plummer said get a restraining order against these people Asap but I have not been able to do this but have tried. Leon has locked the gate on my and Lester's personal belongings tools, vehicle and more and has been burning and said selling or keeping them. On the Mt Spokane property we have things there for 10 years over $10,000 worth of tools and many other things. We could not take to Plummer.

I could not attend Alzera's IEP in Montana I do not agree with the IEP because of professional documentation I gave them. I could not attend the IEP due to the Plummer City taking me to court over the mess left at my home due to Aric LaFleur and Les hauling in garbage and trash. The court did dismiss 10 of 13 charges against me and Les threw all Les's charges out, but the mess created by Les's brother remains and I still have a big mess to clean up alone. I need it done soon as weather and time permit. I get some help at times.

I want my parents and Eddie and Tamzi to have joint or partial custody of my minor children with me for their protection until I can get on my feet financially and physically. We cannot stay in Plummer either though we are in a USDA mortgage we did not know nor were told the house is in a flood plain and is constantly having flooding in the garage, and yard. The sump pumps burn out they do not and cannot do the job.

I need to find work and get another place and clean up the rest of the mess in Plummer with help and then put the place up for sale.    I want to get a place closer to Post Falls/Hayden and or possibly Spokane/Mead for awhile.

I am hoping to talk Lester into checking himself into mental health inpatient for his own protection and mind for a time.

I do not want child support his SSD income is not sufficient for it anyway. I already get $26 a month for Alzera, Halona, Zariah. I do not want a divorce unless he obtains it himself but a legal separation

I am tired of being abused by Lester and his mental imaginings, and trashing our home, property and fits of rage when someone or something upsets him. Dragging in junk and tired of his family trying to interfere in my children's education,

$2\}$

religious beliefs, and my parenting and decisions and being abusive to all my children and me.

Lester loves his children the best he mentally knows how especially given his mother and father's attitude and undermining his well being and feeding him lies, stirring him up and insisting he has to be the big care taker of his mom, his brother and family and sister and help them at the drop of a hat when and where ever they demand. This has been constant and why he never is there for me and the children. Les also unrealistically blames other people for anything going wrong especially my parents and siblings, my friends, my church, Or our children.

I love my husband but he is emotionally and mentally ill and physically disabled as well.   His parents do not care and blame him for his own birth to them.   He can never do anything to please them and he just needs help mentally to cope with their constant barrage of abuse to him as well to as to me and our children in many ways.

I DO NOT want any of his relatives unsupervised alone at any time with any of my minor children due to all the above.  This family is in need of deep counseling and long term with many issues they have hidden and never addressed.  I am also concerned for the well being and safety of Aric LaFleur's home it is filthy and unsanitary and there are some serious concerns of deviant sexual behavior and porn; the children both girls age 7 and 10.

I have seen maggots crawling along walls, and other gross things.  Aric will try and stop any CPS or cop entering his home his dad has taught him well. But these children are NOT safe in unsanitary conditions. I have said nothing due to retaliation by him or his dad, mom and Aric LeFleur.

33

~~Aric [handwritten] statements 2~~

Message pertinent to case on Lester La Fleur's cell phone.
February 6th at 7:19a.m. Message from Esther Fowler goes by (Lynn) Lester's Mother.

I didn't raised you this way and if want to talk to me, you need to just start talking this is bullshit. I don't believe that you did that, and I hope the hell you didn't and the other thing is I hope get those girls back school on Monday morning in Montana and you don't participate in this bullshit. You don't want that, you don't want to know what is coming this far.

Your dad comes out here to live because he's ill and he been ill and now this kind of stuff He can't even move his hands if he wanted to shoot a gun. And you guys don't seem to even get it, and dealing with mental issues on that.

And the way you guys handle this is very wrong. I I'm handling it and I almost had him convinced to go to counseling without all this bullshit.

You guy just haven't evening listened, I not happy I'm pisted, and I really pisted over this and I hope you understand that, and if your wife has any interest in being part of the family a real family instead a bunch of welfare eaters then she needs than she needs to start think it about it too; this not good and I sorry I calling names because I don't like doing that.

I not happy with this at all its not the way to handle a family. You don't bring in the law, and I've told you how many times that? I'm not happy. Buy. (End of message.)

After Jan 21st Leon has not called or talked to me. He has turned some family against me because I dare to care and stand up for what is right for my own family and I'm my concern for their safety.

Leon his daughter and her husband seem to be neutral, and are doing their best.
Leon son Aric is upset; when he last called me he was being helpful on DEC 14th about what vehicles he has on the property there.

Leon's ex. Esther Fowler is a mother of three grown children in there 30's and 40's nick name (Lynn) who married Woody Fowler.

Message pertinent to case on Lester La Fleur's cell phone. From Leon LaFleur his dad.
February 4th Thursday at 1:06pm: How much money, to get you out of the picture totally? I want you totally out of the picture. How much money do you need? Talk to you later. Buy. (End of message.)

February Wednesday the 3rd 2016 Aric La Fleur came up to my folks home located on Elliott rd, Uninvited; in the first part of February date believed to be the 3rd? Asked Eddie Starr if he would consider dropping charges against Leon. Eddie knows the rest.

On January 24th My daughter Halona told me that grandpa Leon told it was her fault her brother Gerrin die. I told her you were only six- old at the time, it was an accident that happened and it was not your fault. She still thinks it is her fault now, which undid years of counseling with Sammie. She also told this to her maternal grandmother Jennine Donier and her oldest sister Tamzi LaFleur-Starr who is 19.

On January 21st around 2:30pm I returned a call to Leon La Fleur to see what he needed, during this phone conversation the alleged owner of the property told me that I'm dismissed form all duties on 19902 N Wallis Rd, Mead 99021. I told him I have interest in the property and I cannot be dismissed. Plus I would have I get all my personal items off his alleged property. He in formed me he had the money to clean up the property in question and does not need help from any one. Leon La Fleur informed me that he wanted to log and sell the property in question and sell his place on Harvard Rd in Otis orchards, WA; then move to a place in Arizona because, he feels that he does not have family here. I still informed him, he does have family here and I have interest in the property and I cannot be dismissed.

In a fact as I recall in 2004 according to the verbal agreement Lester and I were told we were to help other family and Leon handed over the property file and told us this is your inheritance. My husband and I have paid all bills there for 10 plus years and all the bills are current and update, we call this place our home our family has sentimental value this property and that why back in 2007 we made this into a business location to help aide cost and help family and others which is called; WA limited liability company with Lester and I managers it is called ODZ & ENDZ LLC established 11/16/2007.

January 20th I'm also concerned due to several threats made via phone and from other people who have heard and my-self. He told me January 20 2016 between 7:45pm-9pm that he was going to put things in a burn pile and burn them and sell anything of value. Another threat stood out in our conversation he said "If I found anyone up there that someone one would be hospitalized." The alleged owner of the property in question has not given us any eviction notice or legal papers to leave. He knows about the time needed due to weather, health and the years of things we have there to remove them, and has no consideration for others belonging or well-being. He expect everyone to be like a military army for him.

Leon told me personally on Jan 20th 2016 7:45-9pm via a phone call made to me during my youngest two bed time routine, he thinks that "children should not be going to school and they should stay at home to keep house and the parents should be working" he then said "Alzera my 14 year old daughter who has Asperger Syndrome should drop out public school be home-schooled and take care of grandma Maida." He informed me about his plans of having Alzera the summer of 2016 to stay and care for grandma Maida who is 80 yrs old, so Leon and his Sister Mary would be free to work.

Message pertinent to case on Lester La Fleur's cell phone  Leon LaFleur his dad called January 16th Saturday 2:08pm phone taken from: Lester La Fleur if your son-law puts his hands on me, next he's going to the fucking hospital.

<u>Message pertinent to case on Amaryah Deonier-La Fleur's cell phone</u>
January 16th Saturday 9:45am
Yeah Amaryah this is Eddie, I'm just updating you as to what's going on I called to Mary she of course still not responding, Tamzi talked to Leon she said she coming through look-Out-Pass and should be over at his place between 1pm and 2pm and we are probably going to be meeting him at 2pm. I don't know if you want to meet with us there or what your plan are; were going to be over at Leon like I said about 2pm you can either call us at the ridge or on Tamzi's or my cell phone. (End of message.)

January 16th The alleged owner of the property in question informed the caretakers of Odz & Endz LLC As of January 16, 2016 that he wanted them off his property on Harvard rd, and the property in question however he did not at any time serve them with eviction notices or other legal papers. Before this occurred the couple were being nice and were kind enough to let the alleged owner of the property sister Mary borrow their truck for what was to be only 2 weeks starting from Nov 14, 2015; due to poor communication between the borrowing parties and caretakers of Odz & Endz LLC. The couple was unable to get their truck until January 16 of 2016 at this person's invitation to come get the truck at Leon's place on Harvard Rd in Otis orchards, WA.
        *NOTE*: two months passed before they were able get the truck back in spite of several phone calls asking for it's return and in person in front of several witnesses on January 1st 2016 they could have it that weekend by the 3rd.
Instead it taken without permission from the couple, across two state lines into Montana.

January 15th Leon LaFleur also talked to my mother Jennine Donier who had called him to discuss my 40th birthday. He told her he was trying to get a hold of Eddie and Tamzi. She said told him she has just talked to them. He told her "it was none of his business" but Mary wanted to trade the truck she had borrowed from them in November and kept using beyond agreed time ; "for a White Chevy Blazer" That Mary was coming from Montana to his place on Harvard Rd in Otis Orchards January 16th. They both ignored the Starr's need for their truck immediately, due to their car having broke down and that being the only vehicle left to them to use.

January 1st both Mary and Leon sat at the Donier dining room table playing Canasta and had agreed Mary no longer needed the use of the truck and could rent a u-haul to finish her move to Montana. That the Starrs could come get their truck by Sunday the 3rd. of January Instead Mary took the truck without knowledge or permission to Montana and Refused to return multiple phone calls for it's return. Leon said they could come down to his place on January 16th Saturday and talk to Mary about a trade and or get their truck then. My mom told him Saturday was church for them and us. He told her it was then or never. My mom said she would call Tamzi and Eddie to have them call him about getting the truck and she knew they did not want to trade their truck for something else.

January 14th, Leon LaFleur wanted me to call Eddie and Tamzi Starr so he could set up a meeting at his place on Harvard Rd. Spokane Valley, WA. To discuss a trade for Tamzi's recently acquired Ford Truck for Chevy Blazer White that needed new brakes put on.

36

And how they could ride over with Mary his sister to Montana and drive the Chevy Blazer back. Because Tamzi nor Eddie knew how to drive a Stick shift very well which The Ford Truck has. That was what he indicated Mary wanted to do. With no regards, he Starr's did not want to trade their new to them truck for something else. Tamzi just purchased this Ford truck in the Fall of 2015 her first vehicle ever, she had paid for with her very own earned money. She searched for several months for this truck wanted a stick shift and thought the truck would be helpful in cleaning up the aforementioned property and at the same time learn to drive a stick shift better. He insisted they come to his property January 16th as well as myself to make sure there was no confrontation. With no respect or regard that Saturday's are a Sabbath Day worship for myself, and the Starrs and we are very involved with our church. The Starrs chose to go there this one time because they had been trying to reclaim their truck for six weeks past the time Mary

January 4th 2016 is when we got back, my daughter Alzera was upset. she told me- "Grandpa Leon thinks that I'm the only one who understand how to help great grandma Maida, in making sure she takes medication and eat right and because he plans on returning to truck driving, if grandma was left alone she would likely die" This concern me as Alzera's mother because of her disabilities and her soft-hearted by nature she already worries for those who are elderly. I told Alzera please don't worry about grandma, your dad's aunt Mary will be taking care of her again once she settled in her new home and it will be alright.

December (during winter brake):

Leon also requested Lester my husband and I to go back in Nashville, TN to retrieve Leon sister Mary's RV because, it had a lot of her personal belongs in it and the deal was we get the RV in return. He also thought my husband Lester and I were having marital issues and it would be a good time alone to resolve them (though this was not the case) So my husband I took a trip back east during our children winter break off school rather than spending it with our family and children, which began December 21st to help aunt Mary out.

During that time we arranged for three of our children Alzera age 14, Halona age 13 and Andrey age 7 to visit their paternal grandfather Leon L a Fleur during the first week of winter break and they were to go to the maternal grandparents on the 27th

On December 15th Leon went up again when the caretakers were not home in day time hours and went into the caretakers residence and placed one cat in the house and took their kitten home, this kitten I call Skittles, however Leon claims he found Coyotes surrounding the cabin. So he took our kitten and has claimed it as his own. He calls the kitten CB for coyote bate upsetting my children which is not okay by me. I decide at this time because of other relatives concerns that he needs this cat for his mental status. Note the kitten was saved along with two others who from a dumpers site, two kittens passed away because the de-worming medication did not work for them. They were too ill already.

Message pertinent to case on Amaryah Deonier-La Fleur's cell phone
December 14th at 5:06pm yeah Amaryah this is Aric, I'm calling about the vehicles, I
have up on the mountain so I can limit your list down a little bit. I have the Barracuda,
right next to the Datsun pick up also mine, I have that Saab with Minnesota plates on it.
Down below on a logging road. I have the black pickup  on there and I talk to dad about
that and the Mercedes' next to the black pickup. Those are the five I have in my name as
far as I know. U give me a call if have any questions or whatever give call if have any
question buy (End of Message.)


Aric Message on phone shows; how he was being very helpful to help limit the list down
on vehicle removal. Also want to point out Leon informed me earlier in the week his son
Lester was not in talking term with him. I then informed Aric of this. However found out
Lester has been unable to talk to any people including me as his wife because of bad cell
service and little to now internet.


In December Leon when on this property without informing the caretakers of his coming,
they were not home but in town at appointments.
On December 14th he took his mother Maida who is 80 years he had her dressed in
combat boots and an army coat ready for hiking.  Maida told me personally the boots hurt
her feet and I know she uses a cane and at times a walker.


On 14th of December I with my folks invited them to their place, which is about two mile
away on 19207 E Elliott Rd Mead, WA.
        Every one set down for a meeting including Eddie and Tamzi who were the
current caretakers be side my self for 19902 N Wallis Rd Mead, WA property. The
meeting was about how to clean up and the best way for recycling and how to get loads
ready for removal still based upon a two-year plan.  Witnesses to this plan were Daniel
Deonier, and Jennine and Anton Donier.



        The meeting was held on Monday December 14th around 1:00pm to 3:00pm at my
folks place 19207 E Elliott Rd Mead, WA.


Note: major winter storms did not hit yet.  Road were iced over at times.
        Leon wanted Tamzi and Eddie every day to work on moving recyclables;
burnable to slash pile
        Leon mix-ups in his mental state, who are civilian's/ soldiers military trained
ready  to serve him.  Note: He is a former Army Drill Sergeant
        I informed him 2 or 3 times a week would be better;  for they both have doctor
appointments and they both are in classes Tamzi working GED and Eddie has classes he
is attending for seasonal work.
        Though I pointed this out to him he seemed not understand nor care.

We also talk about when Leon's sister Mary was going to return the truck she borrowed on November 14 to the owner Tamzi, being the two-week time frame for use was past. Because the Starr's car was broken and they really needed the truck back.

I brought up the two-year plan prep for logging and seemed a bit upset but again agreed to the terms.

I suggested we should write up, he said it was not necessary, in my opinion, he will not sign nor agree on any contract unless it suits him only, I also knew everyone at meeting is a witness to this oral-agreement

Twice in November on 12th and 26th he told different people about the two-year plan.

Near the end of October 2015, On phone Leon La Fleur my father –law informed of a two year plan on the 19902 N Wallis Rd Mead, WA property prepping it for logging before came over here to settle into his new house in Otis Orchards WA.
I also informed Leon that I would be there my self as main caretaker there working on the two-plan, beside Eddie and Tamzi, he wonder where my youngest daughter Viktorya, would be with a baby-sitter of course most likely my Mom.
I did move more stuff up to my office more office supplies and personal items in November- December 2015.
So I could start Management plans during the winter months on starting January 2016.

## USPS Tracking Plus® ⌄

## Product Information ⌄

See Less ⌃

**Tracking Number:**                                                    **Remove ✕**

# 70222410000221853360

Copy        **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:48 am on January 19, 2024 in FREMONT, NE 68025.

**Get More Out of USPS Tracking:**

> **USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

FREMONT, NE 68025
January 19, 2024, 11:48 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

Track Another Package

Enter tracking or barcode numbers

# Need More Help?



Contact USPS Tracking support for further assistance.

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY O...**

# USPS Tracking®

**FAQs >**

**Remove ✕**

**Tracking Number:**

# 70222410000221853469

**Copy**    **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

### Moving Through Network
**In Transit to Next Facility**

January 21, 2024

**Arrived at USPS Regional Facility**

OMAHA NE DISTRIBUTION CENTER
January 17, 2024, 9:04 pm

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**    ⌄



Filed in Dodge District Court
*** EFILED ***
Case Number: D05CI230000020
Transaction ID: 0020567001
Filing Date: 10/03/2023 09:58:23 AM CDT

IN THE DISTRICT COURT OF DODGE COUNTY, NEBRASKA

| | |
|---|---|
| Tamzi LaFleur,<br>Plaintiff<br><br>v.<br><br>Eddie Starr,<br>Defendant | Case # CI23-20<br>ORDER ON PLAINTIFF'S<br>MOTION TO COMPEL |

This matter came on October 2, 2023, before this Court on the Plaintiff's motion to compel discovery and other documents filed by the Defendant after that motion was filed. Neither party was present. Richard Register attorney for the Plaintiff was present. The Court took notice of the file and documents filed by the Defendant and determined by the Defendant's own admissions in the documents he filed, he had received the discovery and was aware of this Court date. Register had marked a copy of the discovery served on the Defendant in June 2023. No answers from the Defendant were received to that discovery. The other documents filed by the Defendant were reviewed by the Court. Did NOT recive discovery. Lawyer cannot testify. Must be 2 parties with capacity to be there, knowlede of the facts. The Court found that the Defendant has willfully failed to answer the discovery of the Plaintiff. That the documents filed by the Defendant, to the extent they were praying for relief are denied. Defandont requested plaintiff to work to provide discovery, which was REFUSED.

IT IS THEREFORE ORDERED that the Defendant shall answer the Plaintiff's previously served discovery IN PROPER FORM by the end of business Oct 6, 2023 (5:00pm). The defendant shall deliver a copy of said answers to the office of the Plaintiff's attorney at 425 North H Street Fremont NE by said deadline. If the Defendant fails to answer in proper form and deliver the same to the Plaintiff's attorney's office, the Court will bar the introduction of evidence by the Defendant on issues that were subject to the discovery, and any other relieve including attorney fees that this Court determines appropriate. Court admits to barring evidence of CHILD ABUSE. NE 28-707, CAPTA, USC 18.1001, 18 USC.73.

DATED this ~~2nd~~ 3rd day of ___October 2023_.

_____
District Judge

PREPARED AND SUBMITTED BY:
Richard Register, Tamzi LaFleur's Attorney
425 North "H" St.
Fremont, NE 68025
(402)727-9248, Attorney #17783
reglaw425@gmail.com

Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828): * Under Federal law which is applicable to all states, the U.S. Supreme Court stated that **if a court is "without authority**," its judgments and orders are regarded as nullities.

They are not "voidable", but simply "void"; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as **trespassers**, " Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

the appearance and **testimony of a competent fact witness;** in other words, sufficiency of pleadings.  It is amazing to learn just how many cases never had a "competent fact witness" (ie: someone with first hand knowledge who can take the stand under oath).

According to § 3-503.7 of the Nebraska Rules of Professional Conduct **"Combining the roles of advocate and witness can prejudice the tribunal and the opposing party and can also involve a conflict of interest between the lawyer and client."** Additionally, **Nebraska Ethics Advisory Opinion for Lawyers No. 11-03 states that a lawyer generally may not act as an advocate and a witness at the same trial.**

**An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness".** (**Trinsey v. Pagliaro** D.C.Pa. 1964, 229 F. Supp. 647) . Hit them with Trinsey and get the "Judge" to *take official Judicial Notice* of it. If the "Judge" does not sustain your object, you need to immediately file an oral "Affidavit of Prejudice" against the "Judge" as he has shown his prejudice and then file the same Affidavit in writing into the record with witnesses to the same. Once your Affidavits are filed, get a record of what has been filed and show that *you are the only one who has actually introduced FACTS into the case* and move for Summary Judgment upon the Facts… while reminding the "Judge" that the ONLY thing he is to consider is the FACTS of the case ON THE RECORD, that the opposing "counsel" has only been "enlightening" to the Court, **but not sufficient to rise to the level of FACT.**

"No instruction was asked, but, as we have said, the judge told the jury that they were to **regard only the evidence admitted by him, not statements of counsel**", Holt v. United States, (10/31/10) 218 U.S. 245, 54 L. Ed. 1021, 31 S. Ct. 2

Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial." Donnelly v. Dechristoforo, 1974.SCT.41709 56; 416 U.S. 637 (1974)

"Statements of counsel in brief or in argument are not sufficient for motion to dismiss or for summary judgment," Trinsey v. Pagliaro, D. C. Pa. 1964, 229 F. Supp. 647.

Pro Per and pro se litigants should therefore always remember that the majority of the time, the motion to dismiss a case is only argued by the opposing attorney, **who is not allowed to testify on the facts of the case**, *the motion to dismiss is never argued by the real party in interest.* "Where there are no depositions, admissions, or affidavits the court has no facts to rely on for a summary determination." Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647. Frunzar v. Allied Property and Casualty Ins. Co., (Iowa 1996)† 548 N.W.2d 880 Professional statements of litigants attorney are treated as affidavits, and attorney making statements may be cross-examined regarding substance of statement. [Does the lawyer have first hand knowledge?]

Porter v. Porter, (N.D. 1979 ) 274 N.W.2d 235 ñ The practice of an attorney filing an affidavit on behalf of his client **asserting the status of that client is not approved**, inasmuch as not only does the affidavit become **hearsay**, but **it places the attorney in a position of witness thus compromising his role as advocate.** Deyo v. Detroit Creamery Co (Mich 1932) 241 N.W.2d 244 Statutes forbidding administering of oath by attorney's in cases in which they may be engaged applies to affidavits as well.

**ABOUT VOID JUDGMENTS**

**EVERYTHING YOU ALWAYS WANTED TO KNOW ABOUT VOID JUDGMENTS BUT WERE AFRAID TO ASK!**

Void judgments are those rendered by a court which lacked jurisdiction, either of the subject matter or the parties, *Wahl v. Round Valley Bank* 38 Ariz. 411, 300 P. 955 (1931); Tube City Mining & Milling Co. v. Otterson, 16 Ariz. 305, 146 P. 203 (1914); and Milliken v. Meyer, 311 U.S. 457, 61 S.Ct. 339, 85 L.Ed. 2d 278 (1940).

A void judgment which includes judgment entered by a court which lacks jurisdiction over the parties or the subject matter, or lacks inherent power to enter the particular judgment, or an order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that the party is properly before the court, *Long v. Shorebank Development Corp.*, 182 F.3d 548 ( C.A. 7 Ill. 1999).

A void judgment is one which, from its inception, was a complete nullity and without legal effect, *Lubben v. Selevtive Service System Local Bd. No. 27*, 453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972).

A void judgment is one which from the beginning was complete nullity and without any legal effect, *Hobbs v. U.S. Office of Personnel Management*, 485 F.Supp. 456 (M.D. Fla. 1980).

Void judgment is one that, from its inception, is complete nullity and without legal effect, *Holstein v. City of Chicago*, 803 F.Supp. 205, reconsideration denied 149 F.R.D. 147, affirmed 29 F.3d 1145 (N.D. Ill 1992).

Void judgment is one where court lacked personal or subject matter jurisdiction or entry of order violated due process, U.S.C.A. Const. Amend. 5 - Triad Energy Corp. v. McNell 110 F.R.D. 382 (S.D.N.Y. 1986).

Judgment is a void judgment if court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process, Fed. Rules Civ. Proc., Rule 60(b)(4), 28 U.S.C.A., U.S.C.A. Const. Amend. 5 - *Klugh v. U.S.*, 620 F.Supp. 892 (D.S.C. 1985).

A void judgment is one which, from its inception, was, was a complete nullity and without legal effect, *Rubin v. Johns*, 109 F.R.D. 174 (D. Virgin Islands 1985).

A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree - *Loyd v. Director, Dept. of Public Safety*, 480 So. 2d 577 (Ala. Civ. App. 1985).

A judgment shown by evidence to be invalid for want of jurisdiction is a void judgment or at all events has all attributes of a void judgment, *City of Los Angeles v. Morgan*, 234 P.2d 319 (Cal.App. 2 Dist. 1951).

Void judgment which is subject to collateral attack, is simulated judgment devoid of any potency because of jurisdictional defects, *Ward v. Terriere*, 386 P.2d 352 (Colo. 1963).

A void judgment is a simulated judgment devoid of any potency because of jurisdictional defects only, in the court rendering it and defect of jurisdiction may relate to a party or parties, the subject matter, the cause of action, the question to be determined, or relief to be granted, *Davidson Chevrolet, Inc. v. City and County of Denver*, 330 P.2d 1116, certiorari denied 79 S.Ct. 609, 359 U.S. 926, 3 L.Ed. 2d 629 (Colo. 1958).

Void judgment is one entered by court without jurisdiction of parties or subject matter or that lacks inherent power to make or enter particular order involved and such a judgment may be attacked at any time, either directly or collaterally, *People v. Wade*, 506 N.W.2d 954 (Ill. 1987).

Void judgment may be defined as one in which rendering court lacked subject matter jurisdiction, lacked personal jurisdiction or acted in manner inconsistent with due process of law *Eckel v. MacNeal*, 628 N.E. 2d 741 (Ill. App. Dist. 1993).

Void judgment is one entered by court without jurisdiction of parties or subject matter or that lacks inherent power to make or enter particular order involved; such judgment may be attacked at any time, either directly or collaterally *People v. Sales*, 551 N.E.2d 1359 (Ill.App. 2 Dist. 1990).

Res judicata consequences will not be applied to a void judgment which is one which, from its inception, is a complete nullity and without legal effect, *Allcock v. Allcock*, 437 N.E. 2d 392 (Ill. App. 3 Dist. 1982).

Void judgment is one which, from its inception is complete nullity and without legal effect In re Marriage of Parks, 630 N.E. 2d 509 (Ill.App. 5 Dist. 1994). Void judgment is one entered by court that lacks the inherent power to make or enter the particular order involved, and it may be attacked at any time, either directly or collaterally; such a judgment would be a nullity. *People v. Rolland*, 581 N.E.2d 907, (Ill.App. 4 Dist. 1991).

Void judgment under federal law is one in which rendering court lacked subject matter jurisdiction over dispute or jurisdiction over parties, or acted in manner inconsistent with due process of law or otherwise acted unconstitutionally in entering judgment, U.S.C.A. Const. Amed. 5, *Hays v. Louisiana Dock Co.*, 452 n.e.2D 1383 (Ill. App. 5 Dist. 1983).

A void judgment has no effect whatsoever and is incapable of confirmation or ratification, Lucas v. Estate of Stavos, 609 N. E. 2d 1114, rehearing denied, and transfer denied (Ind. App. 1 dist. 1993). Void judgment is one that from its inception is a complete nullity and without legal effect *Stidham V. Whelchel*, 698 N.E.2d 1152 (Ind. 1998).

Relief from void judgment is available when trial court lacked either personal or subject matter jurisdiction, Dusenberry v. Dusenberry, 625 N.E.2d 458 (Ind.App. 1 Dist. 1993).

Void judgment is one rendered by court which lacked personal or subject matter jurisdiction or acted in manner inconsistent with due process, U.S.C.A. Const. Amends. 5, 14 *Matter of Marriage of Hampshire*, 869 P.2d 58 ( Kan. 1997).

Judgment is void if court that rendered it lacked personal or subject matter jurisdiction; void judgment is nullity and may be vacated at any time, *Matter of Marriage of Welliver*, 869 P.2d 653 (Kan. 1994).

A void judgment is one rendered by a court which lacked personal or subject matter jurisdiction or acted in a manner inconsistent with due process. In *re Estate of Wells*, 983 P.2d 279, (Kan. App. 1999).

Void judgment is one rendered in absence of jurisdiction over subject matter or parties, 310 N.W. 2d 502, (Minn. 1981).

A void judgment is one rendered in absence of jurisdiction over subject matter or parties, *Lange v. Johnson*, 204 N.W.2d 205 (Minn. 1973).

A void judgment is one which has merely semblance, without some essential element, as when court purporting to render is has no jurisdiction, *Mills v. Richardson*, 81 S.E. 2d 409, (N.C. 1954).

A void judgment is one which has a mere semblance, but is lacking in some of the essential elements which would authorize the court to proceed to judgment, *Henderson v. Henderson*, 59 S.E. 2d 227, (N.C. 1950).

Void judgment is one entered by court without jurisdiction to enter such judgment, *State v. Blankenship*, 675 N.E. 2d 1303, (Ohio App. 9 Dist. 1996).

Void judgment, such as may be vacated at any time is one whose invalidity appears on face of judgment roll, *Graff v. Kelly*, 814 P.2d 489 (Okl. 1991).

A void judgment is one that is void on face of judgment roll, *Capital Federal Savings Bank v. Bewley*, 795 P.2d 1051 (Okl. 1990).

Where condition of bail bond was that defendant would appear at present term of court, judgment forfeiting bond for defendant's bail to appear at subsequent term was a void judgment within rule that laches does not run against a void judgment, *Com. V. Miller*, 150 A.2d 585 (Pa. Super. 1959).

A void judgment is one in which the judgment is facially invalid because the court lacked jurisdiction or authority to render the judgment, *State v. Richie*, 20 S.W.3d 624 (Tenn. 2000).

Void judgment is one which shows upon face of record want of jurisdiction in court assuming to render judgment, and want of jurisdiction may be either of person, subject matter generally, particular question to be decided or relief assumed to be given, *State ex rel. Dawson v. Bomar*, 354 S.W. 2d 763, certiorari denied, (Tenn. 1962).

A void judgment is one which shows upon face of record a want of jurisdiction in court assuming to render the judgment, *Underwood v. Brown*, 244 S.W. 2d 168 (Tenn. 1951).

A void judgment is one which shows on face of record the want of jurisdiction in court assuming to render judgment, which want of jurisdiction may be either of the person, or of the subject matter generally, or of the particular question attempted to decided or relief assumed to be given, *Richardson v. Mitchell*, 237 S.W. 2d 577, (Tenn.Ct. App. 1950).

Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed, *City of Lufkin v. McVicker*, 510 S.W. 2d 141 (Tex. Civ. App. - Beaumont 1973).

A void judgment, insofar as it purports to be pronouncement of court, is an absolute nullity, *Thompson v. Thompson*, 238 S.W.2d 218 (Tex.Civ.App. - Waco 1951).

A void judgment is one that has been procured by extrinsic or collateral fraud, or entered by court that did to have jurisdiction over subject matter or the parties, *Rook v. Rook*, 353 S.E. 2d 756, (Va. 1987).

A void judgment is a judgment, decree, or order entered by a court which lacks jurisdiction of the parties or of the subject matter, or which lacks the inherent power to make or enter the particular order involved, *State ex rel. Turner v. Briggs*, 971 P.2d 581 (Wash. App. Div. 1999).

A void judgment or order is one that is entered by a court lacking jurisdiction over the parties or the subject matter, or lacking the inherent power to enter the particular order or judgment, or where the order was procured by fraud, In *re Adoption of E.L.*, 733 N.E.2d 846, (Ill.App. 1 Dist. 2000).

Void judgments are those rendered by court which lacked jurisdiction, either of subject matter or parties, *Cockerham v. Zikratch*, 619 P.2d 739 (Ariz. 1980).

Void judgments generally fall into two classifications, that is, judgments where there is want of jurisdiction of person or subject matter, and judgments procured through fraud, and such judgments may be attacked directly or collaterally, *Irving v. Rodriquez*, 169 N.E.2d 145, (Ill.app. 2 Dist. 1960).

Invalidity need to appear on face of judgment alone that judgment or order may be said to be intrinsically void or void on its face, if lack of jurisdiction appears from the record, *Crockett Oil Co. v. Effie*, 374 S.W.2d 154 ( Mo.App. 1964).

Decision is void on the face of the judgment roll when from four corners of that roll, it may be determined that at least one of three elements of jurisdiction was absent: (1) jurisdiction over parties, (2) jurisdiction over subject matter, or (3) jurisdictional power to pronounce particular judgment hat was rendered, *B & C Investments, Inc. v. F & M Nat. Bank & Trust*, 903 P.2d 339 (Okla. App. Div. 3, 1995).

Void order may be attacked, either directly or collaterally, at any time, In *re Estate of Steinfield*, 630 N.E.2d 801, certiorari denied, See also *Steinfeld v. Hoddick*, 513 U.S. 809, (Ill. 1994).

Void order which is one entered by court which lacks jurisdiction over parties or subject matter, or lacks inherent power to enter judgment, or order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that party is properly before court, *People ex rel. Brzica v. Village of Lake Barrington*, 644 N.E.2d 66 (Ill.App. 2 Dist. 1994).

While voidable orders are readily appealable and must be attacked directly, void order may be circumvented by collateral attack or remedied by mandamus, *Sanchez v. Hester*, 911 S.W.2d 173, (Tex.App. - Corpus Christi 1995).

Arizona courts give great weight to federal courts' interpretations of Federal Rule of Civil Procedure governing motion for relief from judgment in interpreting identical text of Arizona Rule of Civil Procedure, Estate of Page v. Litzenburg, 852 P.2d 128, review denied (Ariz.App. Div. 1, 1998).

When rule providing for relief from void judgments is applicable, relief is not discretionary matter, but is mandatory, *Orner v. Shalala*, 30 F.3d 1307, (Colo. 1994).

Judgments entered where court lacked either subject matter or personal jurisdiction, or that were otherwise entered in violation of due process of law, must be set aside, *Jaffe and Asher v. Van Brunt*, S.D.N.Y.1994. 158 F.R.D. 278.

"It is a fundamental precept that federal courts are courts of limited jurisdiction, constrained to exercise only authority conferred by Article III of the Constitution and affirmatively granted by federal statute." In *re Bulldog Trucking*, 147 F.3d 347, 352 (4th Cir.1998) (citations omitted). A federal court cannot assume jurisdiction exists. Rather, the plaintiff is required to specifically plead adequate facts in its complaint to sufficiently establish the court has jurisdiction. *Norton v. Larney*, 266 U.S. 511, 515-16 (1925). A defendant may move for dismissal when a complaint contains a jurisdictional defect. Fed.R.Civ.P. 12(b)(1).

A "void judgment" as we all know, grounds no rights, forms no defense to actions taken there under, and is vulnerable to any manner of collateral attack (thus here, by ). No statute of limitations or repose runs on its holdings, the matters thought to be settled thereby are not res judicata, and years later, when the memories may have grown dim and rights long been regarded as vested, any disgruntled litigant may reopen the old wound and once more probe its depths. And it is then as though trial and adjudication had never been. 10/13/58 *FRITTS v. KRUGH. SUPREME COURT OF MICHIGAN*, 92 N.W.2d 604, 354 Mich. 97. On certiorari this Court may not review questions of fact. *Brown v. Blanchard*, 39 Mich 790. It is not at liberty to determine disputed facts (Hyde v. Nelson, 11 Mich 353), nor to review the weight of the evidence. *Linn v. Roberts*, 15 Mich 443; *Lynch v. People*, 16 Mich 472. Certiorari is an appropriate remedy to get rid of a void judgment, one which there is no evidence to sustain. *Lake Shore & Michigan Southern Railway Co. v. Hunt*, 39 Mich 469.

## What about default judgments?

Anybody you know been subjected to a default judgment? If you ask an attorney or a judge if there is relief from a default judgment, they will ask if you got notice. They will claim if you got notice, there's nothing you can do 'cause you had the opportunity and didn't answer so you lost - tough luck! This just goes to show how little attorneys and judges know about real law.

### EVEN A DEFAULT JUDGMENT MUST BE PROVED!

Oklahoma's law on default judgments =

Trial court could not award damages to plaintiff, following default judgment, without requiring evidence of damages. *Razorsoft, Inc. v. Maktal, Inc.*, Okla.App. Div. 1, 907 P.2d 1102 (1995), rehearing denied.

A party is not in default so long as he has a pleading on file which makes an issue in the case that requires proof on the part of the opposite party in order to entitle him to recover. *Millikan v. Booth, Okla.*, 4 Okla. 713, 46 P. 489 (1896).

Proof of or assessment of damages upon petition claiming damages, it is error to pronounce judgment without hearing proof or assessing damages. *Atchison, T. & S.F. Ry. Co. v. Lambert*, 31 Okla. 300, 121 P. 654, Ann.Cas.1913E, 329 (1912); *City of Guthrie v. T. W. Harvey Lumber Co.*, 5 Okla. 774, 50 P. 84 (1897).

In the assessment of damages following entry of default judgment, a defaulting party has a statutory right to a hearing on the extent of unliquidated damage, and encompassed within this right is the opportunity to a fair post-default inquest at which both the plaintiff and the defendant can participate in the proceedings by cross-examining witnesses and introducing evidence on their own behalf. *Payne v. Dewitt, Okla.*, 995 P.2d 1088 (1999).

A default declaration, imposed as a discovery sanction against a defendant, cannot extend beyond saddling defendant with liability for the harm occasioned and for imposition of punitive damages, and the trial court must leave to a meaningful inquiry the quantum of actual and punitive damages, without stripping defendant of basic forensic devices to test the truth of plaintiff's evidence. *Payne v. Dewitt*, Okla., 995 P.2d 1088 (1999).

Fracture of two toes required expert medical testimony as to whether such injury was permanent so as to allow damages for permanent injury, future pain, and future medical treatment on default judgment, and such testimony was not within competency of plaintiff who had no medical expertise. *Reed v. Scott*, Okla., 820 P.2d 445, 20 A.L.R.5th 913 (1991).

Rendition of default judgment requires production of proof as to amount of unliquidated damages. *Reed v. Scott*, Okla., 820 P.2d 445, 20 A.L.R.5th 913 (1991).

When face of judgment roll shows judgment on pleadings without evidence as to amount of unliquidated damages then judgment is void. *Reed v. Scott*, Okla., 820 P.2d 445, 20 A.L.R.5th 913 (1991).

In a tort action founded on an unliquidated claim for damages, a defaulting party is deemed to have admitted only plaintiff's right to recover, so that the court is without authority or power to enter a judgment fixing the amount of recovery in the absence of the introduction of evidence. *Graves v. Walters*, Okla.App., 534 P.2d 702 (1975).

Presumptions which ordinarily shield judgments from collateral attacks were not applicable on motion to vacate a small claim default judgment on ground that court assessed damages on an unliquidated tort claim without first hearing any supporting evidence. *Graves v. Walters*, Okla.App., 534 P.2d 702 (1975).

Rule that default judgment fixing the amount of recovery in absence of introduction of supporting evidence is void and not merely erroneous or voidable obtains with regard to exemplary as well as compensatory damages. *Graves v. Walters*, Okla.App., 534 P.2d 702 (1975).

Where liability of father for support of minor daughter and extent of such liability and amount of attorney's fees to be allowed was dependent on facts, rendering of final judgment by trial court requiring father to pay $25 monthly for support of minor until minor should reach age 18 and $100 attorney's fees without having heard proof thereof in support of allegations in petition was error. *Ross v. Ross*, Okla., 201 Okla. 174, 203 P.2d 702 (1949).

Refusal to render default judgment against codefendant for want of answer was not error, since defendants and court treated answer of defendant on file as having been filed on behalf of both defendants, and since plaintiff could not recover without offering proof of damages and offered no such proof. *Thomas v. Williams*, Okla., 173 Okla. 601, 49 P.2d 557 (1935).

Under R.L.1910, §§ 4779, 5130 (see, now, this section and § 2007 of this title), allegation of value, or amount of damages stated in petition, were not considered true by failure to controvert. *Cudd v. Farmers' Exch. Bank of Lindsay*, Okla., 76 Okla. 317, 185 P. 521 (1919).

Hearing Trial court's discovery sanction barring defendant from using cross-examination and other truth-testing devices at post-default non-jury hearing on plaintiff's damages violated due process. *Payne v. Dewitt*, Okla., 995 P.2d 1088 (1999).

If you or anybody you know has a default judgment, go to the courthouse and check the record. If they failed to prove up their claim-that default judgment is void ab initio subject to vacation without time limitation!

The really big deal, the real issue in void judgments is, tah, dum, de dum, SUBJECT MATTER JURISDICTION!!!! Remember, subject matter can never be presumed, never be waived, and cannot be constructed even by mutual consent of the parties. Subject matter jurisdiction is two part: the statutory or common law authority for the court to

hear the case and the appearance and testimony of a competent fact witness, in other words, sufficiency of pleadings.

Even if a court (judge) has or appears to have subject matter jurisdiction, subject matter jurisdiction can be lost. Major reason why subject matter jurisdiction is lost:

(1) fraud upon the court, In *re Village of Willowbrook*, 37 Ill.App.3d 393 (1962)

(2) a judge does not follow statutory procedure, *Armstrong v Obucino*, 300 Ill 140, 143 (1921),

(3) unlawful activity of a judge or undisclosed conflict of interest. Code of Judicial Conduct,

(4) violation of due process, *Johnson v Zerbst*, 304 U.S. 458, 58 S.Ct. 1019 (1938); *Pure Oil Co. v City of Northlake*, 10 Ill.2d 241, 245, 140 N.E.2d 289 (1956); *Hallberg v Goldblatt Bros.*, 363 Ill 25 (1936),

(5) if the court exceeded its statutory authority, *Rosenstiel v Rosenstiel*, 278 F.Supp. 794 (S.D.N.Y. 1967),

(6) any acts in violation of 11 U.S.C. 362(a), (the bankruptcy stay) In *re Garcia*, 109 B.R. 335 (N.D. Illinois, 1989),

(7) where no justiciable issue is presented to the court through proper pleadings, *Ligon v Williams*, 264 Ill.App.3d 701, 637 N.E.2d 633 (1st Dist. 1994),

(8) where a complaint states no cognizable cause of action against that party, *Charles v Gore*, 248 Ill.App.3d 441, 618 N.E. 2d 554 (1st Dist 1993),

(9) where any litigant was represented before a court by a person/law firm that is prohibited by law to practice law in that jurisdiction,

(10) when the judge is involved in a scheme of bribery (the Alemann cases, *Bracey v Warden*, U.S. Supreme Court No. 96-6133 (June 9, 1997),

(11) where a summons was not properly issued,

(12) where service of process was not made pursuant to statute and Supreme Court Rules, *Janove v Bacon*, 6 Ill.2d 245, 249, 218 N.E.2d 706, 708 (1955),

(13) where the statute is vague, *People v Williams*, 638 N.E.2d 207 (1st Dist. 1994),

(14) when proper notice is not given to all parties by the movant, *Wilson v. Moore*, 13 Ill.App.3d 632, 301 N.E.2d 39 (1st Dist. 1973),

(15) where an order/judgment is based on a void order/judgment, *Austin v. Smith*, 312 F.2d 337, 343 (1962);*English v English*, 72 Ill.App.3d 736, 393 N.E.2d 18 (1st Dist. 1979), or

(16) where public policy is violated, *Martin-Tregona v Roderick*, 29 Ill.App.3d 553, 331 N.E.2d 100 (1st Dist. 1975).

### SUMMARY OF THE LAW OF VOIDS

Before a court (judge) can proceed judicially, jurisdiction must be complete consisting of two opposing parties (not their attorneys - although attorneys can enter an appearance on behalf of a party, only the parties can testify and until the plaintiff testifies the court has no basis upon which to rule judicially), and the two halves of subject matter jurisdiction = the statutory or common law authority the action is brought under (the theory of indemnity) and the testimony of a competent fact witness regarding the injury (the cause of action). If there is a jurisdictional failing appearing on the face of the record, the matter is void, subject to vacation with damages, and can never be time barred. A question which naturally occurs: "If I vacate avoid judgment, can they just come back and try the case again?" Answer: A new suit must be filed and that can only be done if within the statute of limitations.

"Lack of jurisdiction cannot be corrected by an order nunc pro tunc. The only proper office of a nunc pro tunc order is to correct a mistake in the records; it cannot be used to rewrite history." E.g., *Transamerica Ins. Co. v. South*, 975 F.2d 321, 325-26 (7th Cir. 1992); *United States v. Daniels*, 902 F.2d 1238, 1240 (7th Cir. 1990); *King v. Ionization Int'l, Inc.*, 825 F.2d 1180, 1188 (7th Cir. 1987). And *Central Laborer's Pension and Annuity Funds v. Griffee*, 198 F.3d 642, 644(7th cir. 1999).

Enclosure

**TreasuryDirect.**

Home › Individual › Tools › Calculate the Value of Your Paper Savings Bond(s)

## Calculate the Value of Your Paper Savings Bond(s)

**SAVINGS BOND CALCULATOR**
**Value as of:**

| 09/2023 | | UPDATE |

| **Series:** | **Denomination:** | **Bond Serial Number:** | **Issue Date:** | Help |
|---|---|---|---|---|
| Savings Notes ▾ | 200 ▾ | | | |

| CALCULATE | HOW TO SAVE YOUR INVENTORY |

**Calculator Results for Redemption Date 09/2023**

| 👓 View | 🖨 Print | 🖫 Save |

Instructions

How to Use the Savings Bond Calculator

Notes Description

| NI | Not Issued |
|---|---|
| NE | Not eligible for payment |
| P5 | Includes 3 month interest penalty |
| MA | Matured and not earning interest |

| **Total Price** | **Total Value** | **Total Interest** | **YTD Interest** |
|---|---|---|---|
| $15,387.50 | $15,661.41 | $273.91 | $273.91 |

Bonds: 1-15 of 15

| Serial # | Series | Denom | Issue Date | Next Accrual | Final Maturity | Issue Price | Interest | Interest Rate | Value | Note | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D05CI23000002 | I | $5,000 | 01/2023 | 10/2023 | 01/2053 | $5,000.00 | $144.00 | 3.79% | $5,144.00 | NE | REMOVE |
| D05CI23000002 | I | $1,000 | 01/2023 | 10/2023 | 01/2053 | $1,000.00 | $28.80 | 3.79% | $1,028.80 | NE | REMOVE |
| D05CI23000002 | I | $500 | 01/2023 | 10/2023 | 01/2053 | $500.00 | $14.40 | 3.79% | $514.40 | NE | REMOVE |
| D05CI23000002 | I | $200 | 01/2023 | 10/2023 | 01/2053 | $200.00 | $5.76 | 3.79% | $205.76 | NE | REMOVE |
| D05CI23000002 | I | $100 | 01/2023 | 10/2023 | 01/2053 | $100.00 | $2.88 | 3.79% | $102.88 | NE | REMOVE |
| D05CI23000002 | I | $75 | 01/2023 | 10/2023 | 01/2053 | $75.00 | $2.16 | 3.79% | $77.16 | NE | REMOVE |
| D05CI23000002 | I | $50 | 01/2023 | 10/2023 | 01/2053 | $50.00 | $1.44 | 3.79% | $51.44 | NE | REMOVE |
| D05CI23000002 | EE | $10,000 | 01/2023 | 10/2023 | 01/2053 | $5,000.00 | $44.00 | 2.10% | $5,044.00 | NE | REMOVE |
| D05CI23000002 | EE | $5,000 | 01/2023 | 10/2023 | 01/2053 | $2,500.00 | $22.00 | 2.10% | $2,522.00 | NE | REMOVE |
| D05CI23000002 | EE | $1,000 | 01/2023 | 10/2023 | 01/2053 | $500.00 | $4.40 | 2.10% | $504.40 | NE | REMOVE |
| D05CI23000002 | EE | $500 | 01/2023 | 10/2023 | 01/2053 | $250.00 | $2.20 | 2.10% | $252.20 | NE | REMOVE |
| D05CI23000002 | EE | $200 | 01/2023 | 10/2023 | 01/2053 | $100.00 | $0.88 | 2.10% | $100.88 | NE | REMOVE |
| D05CI23000002 | EE | $100 | 01/2023 | 10/2023 | 01/2053 | $50.00 | $0.44 | 2.10% | $50.44 | NE | REMOVE |
| D05CI23000002 | EE | $75 | 01/2023 | 10/2023 | 01/2053 | $37.50 | $0.33 | 2.10% | $37.83 | NE | REMOVE |
| D05CI23000002 | EE | $50 | 01/2023 | 10/2023 | 01/2053 | $25.00 | $0.22 | 2.10% | $25.22 | NE | REMOVE |

| VIEW 12 |

CALCULATE ANOTHER BOND

Survey

**How would you rate this tool?**

○ Excellent
○ Good
○ Fair
○ Poor

| SUBMIT |

Freedom of Information Act | Law & Guidance | Privacy & Legal Notices | Website Terms & Conditions | Web API Documentation | Plug-ins & Viewers | Accessibility | Data Quality

U.S. Department of the Treasury, Bureau of the Fiscal Service

TO: Judge Hall; Bob Bendig; Greg Beam; Lon Strand; Pat Tawney; Bob Missel; Dan M. Weddle; Doug Backens

Re: <u>Public Official Surety Bonds, Letter of Intent</u>

NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT. NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE.

This letter of intent is to make you aware of my intent to file a claim against your Public Official Surety Bonds, and other insurance policies, as applicable, that are required by state law for every person who is elected or appointed to government or public office.

It is the duty of the policy holder in the event a person files a letter of intent against you for wrongful act, claims or suits to be deemed to be aware of and have knowledge of an occurrence or wrongful act(s) of the date that your legal department, risk management department, claim administrator or any of your elected, appointed or employed officials receives notice of such occurrence of wrongful act(s)."

You might not realize this yet but each of you is PERSONALLY liable for a pre-determined amount stated in your policy for damages per claim. In your policy each occurrence is one claim filed against your policy. Each occurrence carries a pre-determined deductible that you must pay prior to the insurance company covering the rest of the damages.

That means you could lose assets. if you DO NOT PAY ATTENTION. You may be in violation of multiple State and Federal laws.

There are multiple cases of child abuse, perjury, obstruction of justice, and false statements (by omission), of which have occurred, and which the county has flat out ignored, permitted to continue, and failed to provide records requested.

<u>**Under NE28-707, 1A**</u>, Tamzi, Lester, and Amaryah have knowingly, intentionally, or negligently causes or permits a minor child to be Placed in a situation that endangers his or her life or physical or mental health.

<u>**Under section 4:**</u> Child abuse is a Class IIIA felony if the offense is committed knowingly and intentionally and does not result in serious bodily injury as defined in section 28-109 or death.


Lester and Amaryah have violated <u>**Nebraska Revised Statute 28-316**</u>:

(1) *Any person,* including a natural or foster parent, who, knowing that he *has no legal right to do so* or, heedless in that regard, *takes* or entices any child under the age of eighteen years *from the custody of its parent having legal custody*, guardian, or other lawful custodian *commits the offense of violation of custody.*

Other information to note:

<u>**Abuse of Power: Color of Law or Color of Office: Section 1983**</u> provides redress for constitutional violations committed "under color of" state law.2 In Monroe v. Pape, 3 the Court interpreted this phrase to include deprivations of constitutional rights caused by state officers acting either without authority or, what is much the same, in violation of state law.

<u>Section 802 of the USA PATRIOT Act (Pub. L. No. 107-52)</u> Expanded the definition of terrorism to cover ""domestic,"" as opposed to international, terrorism. A person engages in domestic terrorism if they do an act "dangerous to human life" that is a violation of the criminal laws of a state or the United States, if the act appears to be intended to: (i) intimidate or coerce a civilian population; (ii) influence the policy of a government by intimidation or coercion.

Allowing minors to remain with people who would keep them in a dump with broken glass, barbed wire, and other hazards for a year, and to lie about it in a notarized document, and to have been left alone with a person who has beaten a teen with a board, violated a protection order, and that a judge ruled to not be around the boys, but to be left with alone with the people who committed these acts, is an act "dangerous to human life".

**U.S.C. 1st Amendment** clearly states: Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

The county of Dodge has not processed my discovery request, and my request for bond and other insurance information, ignoring requests to redress grievances.

**U.S.C. 5th Amendment**…Deprivation of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Denying me any opportunity to see my sons, while allowing them to remain with child abusers, and their perjury, obstruction of justice, and false statements is no only deprivations to myself, but to my sons. To require me to pay any funds to these abusers, under threat of violence or confinement, is further deprivation of these rights.

**16 Am Jur 2d Sec 177 late 2d, Sec 256:** The general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statute, to be valid, must be in agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby. No one Is bound to obey an unconstitutional law and no courts are bound to enforce it.

18 U.S. Code § 241 - Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same.

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia

3-307. Notice of breach of fiduciary duty

(1) "Fiduciary" means an agent, trustee, partner, corporate officer or director, or other representative owing a fiduciary duty with respect to an instrument.

(2) "Represented person" means the principal, beneficiary, partnership, corporation, or other person to whom the duty stated in paragraph (1) is owed.

214

Depending on if this is a "court of law," or "court of equity," the judge and other members have a fiduciary duty to a beneficiary, or other person:

"… Every taxpayer is a cestui que trust having a sufficient interest in preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction as a relator in the proceeding to set a sovereign authority in motion by action…" In re Bolens 135 N.W. Rep. 164 (1912) Supreme Court Wisconsin…"

COL (Color of Law): Section 242 of Title 18

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

CHILD ENDANGERMENT ACT

Child Endangerment refers to an act or omission that renders a child to psychological, emotional or physical abuse. Child abuse based on the offense of child endangerment is normally a misdemeanor, but endangerment that results in mental illness or serious physical illness or injury is a felony. The child who is subjected to child endangerment is called an abused child or a neglected child.

An act, or a neglect to perform an act, that causes a child to suffer physical, emotional, or psychological abuse.

An adult caring for a child has a legal responsibility to ensure that child is free from unreasonably dangerous situations. When an adult caregiver fails to adequately protect a child, states often punish this as a crime known as "child endangerment."

Child endangerment laws are designed to punish behavior that might lead to a child becoming harmed, but they do not require that children actually suffer an injury or physical harm. State laws often categorize child endangerment as placing a child in a situation that might endanger the child's life, health, welfare, morals, or emotional well-being. However, child endangerment may still be charged in cases where the actions of the caregiver did eventually result in the child being physically injured or harmed.

See also Universal Declaration on Human Rights and 15 U.S. Code § 1125 - False designations of origin, false descriptions, and dilution forbidden.

This notice serves to outline the reasons for the filings against these bonds, including, but not limited, to the deprivation of rights, harm of multiple minors (kids), and to allow the abusers custody of children.

This is a request under the Freedom of Information Act, 5 U.S.C. § 552 and The Sunshine Act 5 U.S.C. § 552b, and Nebraska Public Records NE Code § 84-712, NE Code § 11-103.

I am seeking the "public official" surety bond, "government official" surety bond, and/or any other professional bonds/insurance policies for the following individuals, in Dodge County, or State of Nebraska, for review, including the contact information for the company that provided/issued them:

- Judge Geoffrey Hall;

- Board of Supervisors, Bob Bendig; Greg Beam; Lon Strand; Pat Tawney; Bob Missel; Dan M. Weddle; Doug Backens;

- DHHS, Dr. Steve Corsi, Chief Executive Officer; Charity Menefee;

- Three Rivers Public Health Department, Terra Uhing; Greg Moser;

- Attorney Richard Register.

**Title IV-D and Case Laws**.

The Supreme Court ruled that Title IV-D Child Support was never intended to benefit single children or non-custodial parents. It was only intended to benefit the public treasury and IV-D contractors who've abandoned their Oath of Office to uphold IV-D provisions which constitutes personal financial interest pursuant to 18 U.S.C. 208 (Blessing vs. Freestone and Wehunt vs. Ledbetter). Title 42 of the United States Code houses the social security act and was never enacted into positive law.

In Mills v. Duryee, 1t1 U.S. (7 Cranch) 481 (1813), The Supreme Court of The United States has ruled that the merits of a case, as settled by courts of one state, must be recognized by the courts of other states.

Additionally, at the time, Chief Justice John Marshall indicated that the judgment of one state court must be recognized by other states' courts as final.

In the case of Holmburg v. Holmburg: a post-judgment child support order issued by an administrative law judge (ALJ) and raises constitutional challenges to the administrative child support process governed by Minn.Stat. § 518.5511 (1996).

Ableman v Booth 62 US 506: the higher court stated that lower courts were bound by all federal court rulings.

Howlett v Rose, 496 US 356 (1990): Federal Law and Supreme Court cases apply to state court cases.

Cooper v Aaron, 358 US 1: States are bound by United States Court Case decisions. Bulloch v. United States, 763 f.2d 1115; Mills v Duryee, 1t1 US 48 1813.

Child support violates 18 U.S.C. 241-conspiracy against constitutionally protected rights under color of law and 18 U.S.C. 242-deprivation against constitutionally protected rights under color of law.

Lawyers and Congress Members took an oath of office only to create IV-D child support programs which uses false and misleading information to gain public notary, propaganda, induce public officers, push false, fictitious narratives to carry out agendas pursuant 18 U.S.C. 1001, 15 U.S.C. 52, 15 U.S.C. 1692e and 18 U.S.C. 1001

Judges weren't given permission to charge Lawful Men and/or Women as obligor. Attorney Generals take an Oath of Office as members of congress pursuant to Walker vs. Members of Congress and are not allowed to violate that Oath of Office.

**Child Support USC Violations**:

Violation of 5 U.S.C. 552a Section 7(a)(1)-Disclosure of Social Security Number
Violation of 18 U.S.C. 241-conspiracy against rights under color of law
Violation of 18 U.S.C 242-deprivation against rights under color of law
Violation of 18 U.S.C. 1344- whoever knowing executes, or attempts to execute, a scheme or artifice
Violation of 26 U.S.C. 7214- offenses by officers and employees of the United States.
Violation of 15 U.S.C. 1692e-false and misleading information
Violation of 15 U.S.C. 52-dissemination of falsified information
Violation of 1001-statements or entries generally
Violation of 18 U.S.C. 1341-frauds and swindles
Violation of 18 U.S.C. 1343 - fraud by wire, radio or television
Violation of 18 U.S.C. 1344-bank fraud
Violation of 18 U.S.C. 1349- attempt and conspiracy
Violation of 18 U.S.C. 1956- laundering of monetary instruments
Violation of 18 U.S.C. 1960- Prohibition of unlicensed money transmitting businesses.

V.2

Violation of 18 U.S.C. 1957- engaging in monetary transactions in property derived from specified unlawful activity.
Violation of 18 U.S.C. 666-theft or bribery concerning programs receiving Federal Funds.
Violation of 18 U.S.C. 1519-destruction, alteration, or falsification of records in federal investigations and bankruptcy
Violation of 31 U.S.C. 3729-false claims
Violation of 31 U.S.C. 3730-Civil actions for false claims
Violation of 31 U.S.C 3733-Civil Investigative Demands
Violation of 15 U.S.C. 2-Monopolizing trade a felony
Violation of 15 U.S.C 3- Trusts in territories or District of Columbia illegal
Violation of 15 U.S.C 1611-criminal liability for willfull and knowing violation
Violation of 15 U.S.C. 1641-liability of assignees
Violation of 15 U.S.C. 1640- civil liability
Violation of 15 U.S.C. 1692k- civil liability
Violation of 18 U.S.C. 1028- fraud and related activity in connection with identification documents, authentication features and information
Violation of 18 U.S.C. 1028a- aggravated identity theft
Violation of 18 U.S.C 1039-False Information and Hoax.
Violation of 15 U.S.C. 1692- abusive debts practices
Violation of 15 U.S.C. 1692d-harrassment
Violation of 42 U.S.C. 408-selling a social security card
Violation of 31 C.F.R. 1.32-Use and disclosure of social security numbers
Violation of 18 U.S.C. 203- compensation from Members of Congress Officers, and others in matters affecting the Real Government.
Violation of 18 U.S.C. 208-acts affecting a personal financial interest
Violation of 18 U.S.C. 205-Activities of officers and employees in claims against and other matters affecting the Real Government
Violation of 18 U.S.C. 872- extortion by officers or employees of the United States
Violation of 18 U.S.C. 875-interstate communications
Violation of 18 U.S.C. 2071- concealment, removal or mutilation generally
Additionally, when the IV-D Child Support Agency has reported fictitious, unlawful and illegal created debts to the credit bureaus, such violations goes against Fair Credit Reporting Act, Fair Debt Collection Practices Act in which the IV-D Debt Collection and Credit Reporting Agencies are criminally liable for injury that affects personal and professional reputation.

IV-D Child Support employees cannot report any personal information to the credit reporting agencies that involves offering and selling the social security card, name and account number without authorization and/or consent by the number holder/beneficiary of such card. Otherwise employees of these corporations violate 15 U.S.C. 1681b-permissible purposes of consumer reports, 15 U.S.C. 1611-Criminal Liability for willful and knowing violation, 15 U.S.C. 1640-Civil Liability, 15 U.S.C. 1641-Liability of Assignees, and if they refuse to comply then they have violated 15 U.S.C. 1681n-Civil Liability for Willful noncompliance along with 15 U.S.C. 1681o-Civil Liability for negligent noncompliance. IV-D Child Support employees and Credit Reporting Agency employees are liable for injury done to Lawful Man or Woman.

Further, this constitutes a Denial of Rights Under The Color of Law, a deprivation of rights, and as such, the liability falls under USC 42, 1983, and any immunity is unavailable. Ex parte Young holding was based on a determination that an unconditional action is void and cannot be authorized in an official capacity because any authorization for such action is a nullity. Ex parte Young, 209 US 123 (1908).

212

**STATE OF NEBRASKA**

**COUNTRY OF DODGE**

**IN THE OF DISTRICT COURT OF DODGE**

Case Number:  D05C230000020

TAMZI LAFLEUR ('Plaintiff')

V

EDDIE STARR ('Defendant')

I, EDDIE STARR of C/O: 550 S JOHNSON ROAD #524 FREMONT, NEBRASKA do hereby request:

1. The Judge's formal statement about if there is an invested interest in our case, by the judge. If so, to Recuse their self.
2. A certified copy of their public official surety bond, and other information in the enclosed package, to be mailed to the above address within 5 business days from receipt.
3. A copy of all bonds related to this case, with their respective bond numbers.
4. As capital gains may have been made from these bond(s), I request to know who is responsible for doing the taxes, along with how much the Judge, Sheriff, Clerk, County Attorney, and other parties made. I request an accounting as to where has the money gone. I require a full forensics accounting. Each party needs to have prepared the 1099 OID and all accounting information revolving around these bonds. Copies are to be sent to the above address, as per Freedom of Information Act Request/ Sunshine Act 5 U.S.C. § 552b.

Dated: 05/11/23

By: eddie; starr

**Signature** eddie;starr

**Printed name:** eddie;starr

**Date:** 5/11/2023

V,2

# NOTARY OF ACKNOWLEDGMENT

State of: INSERT STATE

Country of: INSERT COUNTRY                                        **(Seal)**


This Affidavit was acknowledged on the May 12, 2023 by the undersigned, Eddie Starr, who has satisfactorily proven to me to be the person whose name is subscribed to this document.


_____

**Signature**

_____

**Notary Public**

**My Commission Expires on the:** _____

Re: Freedom of Information Act Request

To: Wegner, Judi

This is a request under the Freedom of Information Act, The Sunshine Act 5 U.S.C. § 552b, and Nebraska Public Records NE Code § 84-712, I request that a photocopy of the following documents be provided to me, as applicable:

- A photocopy of your Public Official Surety Bond required by Nebraska NE Code § 11-103

- A photocopy of your Errors & Omissions (E&O), a Surety Liability Insurance policy, and the Duty of Care policy.

- A photocopy of your Risk Management Policy.

- ACORD 125

- ACORD 126

- The documents should indicate the policy number and the insured amount of the policy.

- Public Officials and/or any other bonds pertaining to proof of liability and policies.
**Based on any and all loses of financial responsibility due to negligence or dishonesty. Any and all based on the contract of terms and conditions.

-  A photocopy of your faithful Performance Bond.

-  A photocopy of your Fidelity Bond.

- A photocopy of your Public Employee Dishonesty Policy.

- A photocopy of your Public Employee Blanket Bond.

- A photocopy of your Statutory Bond.

- A photocopy of the power of attorney for the surety bond company.

- A photocopy of the Blanket Bond power of attorney for the surety bond company.

- A photocopy of your oath of office, or related oath.

This is for the following parties:

-    Judge Geoffrey Hall

- Richard Register

- Bob Bendig

- Greg Beam

- Lon Strand

- Pat Tawney

- Bob Missel

- Dan M. Weddle

- Doug Backens

- Terra Uhing

- Greg Moser

- Sofia Toben

- Wegner, Judi

I am a private citizen seeking information concerning your public official and/or other surety bond, and/or the Errors & Omissions (E&O), and/or the Duty of Care policy that you are required by the state of Nebraska to obtain before swearing the oath of office, or related.

I am a private citizen seeking information concerning your public official surety bond, or the Errors & Omissions (E&O), and or the Duty of Care policy that you are required by the state of Nebraska to obtain before swearing the oath of office.

<u>Nebraska Public Records NE Code § 84-712</u>

Except as otherwise expressly provided by statute, all citizens of this state and all other persons interested in the examination of the public records as defined in section 84-712.01 are hereby fully empowered and authorized to (a) examine such records, and make memoranda, copies using their own copying or photocopying equipment in accordance with subsection (2) of this section, and abstracts therefrom, all free of charge, during the hours the respective offices may be kept open for the ordinary transaction of business and (b) except if federal copyright law otherwise provides, obtain copies of public records in accordance with subsection (3) of this section during the hours the respective offices may be kept open for the ordinary transaction of business.

<u>NE Code § 11-103</u>

All official bonds of county, township, school district, and precinct officers must be in form joint and several, and made payable to the county in which the officer giving the same shall be elected or appointed, in such penalty and with such conditions as required by sections 11-101 to 11-122 or the law creating or regulating the duties of the office.

Public Official Surety Bond, E&O, and other requests herein fall under the <u>Freedom of Information Act (FOIA), 5 U.S.C. § 552, The Sunshine Act 5 U.S.C. § 552b, Nebraska Public Records NE Code § 84-712</u> by law you are obligated to supply me with this information.

<u>Thank you for your consideration of this request.</u>

Sincerely,

By: eddie : Starr

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Byi starr, eddie

**DEFENDANTS** Geoffrey Hall

**(b)** County of Residence of First Listed Plaintiff Dodge, Nebraska
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Dodge, NE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

*RECEIVED*
*APR 25 2024*
*U.S. DISTRICT COURT*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ❏ 2   U.S. Government Defendant
- ❏ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | ❏ 950 Constitutionality of State Statutes |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ❏ 2   Removed from State Court
- ❏ 3   Remanded from Appellate Court
- ❏ 4   Reinstated or Reopened
- ❏ 5   Transferred from Another District *(specify)*
- ❏ 6   Multidistrict Litigation - Transfer
- ❏ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983, deprivation of rights.

Brief description of cause: Hall violated constitutional rights 5, 15, 7 by 6th,8th,4th, violations of not reporting child abuse, see child abuse prevention, treatment Act + must. Not follow procedures.

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*

JUDGE _____ DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

